IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUSAN BARNHART, as Administrator of the Estate of Roy D. Barnhart, Deceased, <br><br>    Plaintiff, <br><br>v. <br><br>THE VILLAGE OF BUCKNER, ILLINOIS; PATROLMAN WILLIAM McKINNEY, Individually and in his Official Capacity as an Officer for the Buckner Police Department, THE CITY OF CHRISTOPHER, ILLINOIS; and OFFICER RICHARD DALE, Individually And in his Official Capacity as an Officer For the Village of Christopher Police Department, <br><br>    Defendants. | Case No. 13-772-DRH-DGW |

## ANSWER

Now comes the defendant, WILLIAM McKINNEY, Individually, by and through his undersigned attorneys, PIERCE LAW FIRM, P.C. and for his Answer to the plaintiff's Complaint, states as follows:

1. Defendant admits the allegations contained in paragraph 1.

2. Defendant admits the allegations contained in paragraph 2.

3. Defendant admits the allegations contained in paragraph 3.

4. Defendant admits the allegations contained in paragraph 4.

5. Defendant admits the allegations contained in paragraph 5.

6. Upon information and belief, defendant admits the allegations contained in paragraph 6.

7. Defendant admits that Amanda Barnhart contacted the police indicating that her ex-husband had taken items that did not belong to him but otherwise deny the remaining allegations contained in paragraph 7.

8. Defendant denies the allegations contained in paragraph 8.

9. Defendant denies the allegations contained in paragraph 9.

10. Defendant has insufficient knowledge or information to either admit or deny the allegations contained in paragraph 10 and therefore denies the same.

11. Defendant admits that Officer Richie Dale of the Christopher Police Department was present at the scene but otherwise denies the remaining allegations contained in paragraph 11.

12. Defendant has insufficient knowledge or information to either admit or deny the allegations contained in paragraph 12 and therefore denies the same.

13. Defendant admits that at some point during the incident, Roy Barnhart, Sr. arrived at the scene riding on his lawnmower.

14. Defendant denies the allegations contained in paragraph 14.

15. Defendant denies the allegations contained in paragraph 15.

16. Defendant McKinney admits using pepper spray on Roy Barnhart, Sr. after Barnhart, Sr. pushed Officer Dale. Defendant denies the remaining allegations contained in paragraph 16.

17. Defendant denies the allegations contained in paragraph 17.

18. Defendant denies the allegations contained in paragraph 18.

19. Defendant denies the allegations contained in paragraph 19.

20. Defendant denies the allegations contained in paragraph 20.

21. Defendant denies the allegations contained in paragraph 21.

22. Defendant denies the allegations contained in paragraph 22.

23. Defendant denies the allegations contained in paragraph 23.

24. Defendant denies the allegations contained in paragraph 24.

25. Defendant McKinney admits that Barnhart, Sr. was transported via ambulance to Herrin Hospital. Upon information and belief, defendant admits that Barnhart, Sr. was ultimately transferred to St. Louis University Hospital and that he ultimately died on or about July 12, 2013.

## COUNT I

Now comes the defendant, WILLIAM McKINNEY, Individually, by and through his undersigned attorneys, PIERCE LAW FIRM, P.C., and for his Answer to Count I of plaintiff's Complaint, states as follows:

26. Defendant adopts and incorporates answers to paragraphs 1 through 25 above as and for his answer to paragraph 26 as though fully set forth herein.

27. Defendant admits the allegations contained in paragraph 27.

28. Defendant denies the allegations contained in paragraph 28.

29. Defendant denies the allegations contained in paragraph 29.

30. Defendant denies the allegations contained in paragraph 30.

31. Defendant denies the allegations contained in paragraph 31.

WHEREFORE, the defendant, WILLIAM McKINNEY, Individually, prays that Count I of plaintiff's Complaint be dismissed with prejudice at plaintiff's costs.

**DEFENDANT DEMANDS TRIAL BY JURY**

## AFFIRMATIVE DEFENSES

Now comes the defendant, WILLIAM McKINNEY, Individually, by and through his undersigned attorneys, PIERCE LAW FIRM, P.C., and for his Affirmative Defenses, states as follows:

1. Defendant is immune from liability for damages under the Doctrine of Qualified Immunity because his conduct did not violate clearly established law.

2. Defendant's conduct did not rise to the level of a constitutional violation.

3. The amount of force used by this defendant was objectively reasonable in light of the facts and circumstances surrounding the incident.

4. That the defendant had legal justification to assist in the arrest of the plaintiff.

5. That any conduct alleged to have been committed by the defendant was a result of provocation on the part of the plaintiff.

6. That the defendant's actions were in self defense in response to the plaintiff's conduct.

7. That defendant acted in good faith.

WHEREFORE, the defendant, WILLIAM McKINNEY, Individually, prays that Count I of plaintiff's Complaint be dismissed with prejudice at plaintiff's costs.

## DEFENDANT DEMANDS TRIAL BY JURY

## COUNT II

Now comes the defendant, WILLIAM McKINNEY, Individually, by and through his undersigned attorneys, PIERCE LAW FIRM, P.C., and hereby makes no answer to Answer to Count II of plaintiff's Complaint as said count is not directed against this defendant. However,

to the extent that said Count II is against this defendant, he hereby denies each and every allegation contained therein.

**DEFENDANT DEMANDS TRIAL BY JURY**

### COUNT III

Now comes the defendant, WILLIAM McKINNEY, Individually, by and through his undersigned attorneys, PIERCE LAW FIRM, P.C., and hereby makes no answer to Answer to Count III of plaintiff's Complaint as said count is not directed against this defendant. However, to the extent that said Count III is against this defendant, he hereby denies each and every allegation contained therein.

**DEFENDANT DEMANDS TRIAL BY JURY**

### COUNT IV

Now comes the defendant, WILLIAM McKINNEY, Individually, by and through his undersigned attorneys, PIERCE LAW FIRM, P.C., and hereby makes no answer to Answer to Count IV of plaintiff's Complaint as said count is not directed against this defendant. However, to the extent that said Count IV is against this defendant, he hereby denies each and every allegation contained therein.

**DEFENDANT DEMANDS TRIAL BY JURY**

### COUNT V

Now comes the defendant, WILLIAM McKINNEY, Individually, by and through his undersigned attorneys, PIERCE LAW FIRM, P.C., and hereby makes no answer to Answer to Count V of plaintiff's Complaint as said count is not directed against this defendant. However, to the extent that said Count V is against this defendant, he hereby denies each and every allegation contained therein.

**DEFENDANT DEMANDS TRIAL BY JURY**

## COUNT VI

Now comes the defendant, WILLIAM McKINNEY, Individually, by and through his undersigned attorneys, PIERCE LAW FIRM, P.C., and hereby makes no answer to Answer to Count VI of plaintiff's Complaint as said count is not directed against this defendant. However, to the extent that said Count VI is against this defendant, he hereby denies each and every allegation contained therein.

**DEFENDANT DEMANDS TRIAL BY JURY**

## COUNT VII

Now comes the defendant, WILLIAM McKINNEY, Individually, by and through his undersigned attorneys, PIERCE LAW FIRM, P.C., and hereby makes no answer to Answer to Count VII of plaintiff's Complaint as said count is not directed against this defendant. However, to the extent that said Count VII is against this defendant, he hereby denies each and every allegation contained therein.

**DEFENDANT DEMANDS TRIAL BY JURY**

## COUNT VIII

Now comes the defendant, WILLIAM McKINNEY, Individually, by and through his undersigned attorneys, PIERCE LAW FIRM, P.C., and for his Answer to Count VIII of plaintiff's Complaint, states as follows:

61. Defendant adopts and incorporates his answers to paragraphs 1 through 31 above as and for his answer to paragraph 61 as though fully set forth herein.

62. Defendant denies the allegations contained in paragraph 62.

63. Defendant denies the allegations contained in paragraph 63.

64.     Defendant denies the allegations contained in paragraph 64.

WHEREFORE, the defendant, WILLIAM McKINNEY, Individually, prays that Count VIII of plaintiff's Complaint be dismissed with prejudice at plaintiff's costs.

## DEFENDANT DEMANDS TRIAL BY JURY

### AFFIRMATIVE DEFENSE

Now comes the defendant, WILLIAM McKINNEY, Individually, by and through his undersigned attorneys, PIERCE LAW FIRM, P.C., and for his Affirmative Defenses, states as follows:

Without waiving its denial of liability to plaintiff, defendant states, that pursuant to 735 ILCS 5/2-1116, assuming that 100 percent represents the total combined negligence or fault of the parties to this action or any third party defendants who could have been sued by the plaintiff, the contributory fault on the part of the plaintiff was more than 50 percent of the total proximate cause of the alleged injuries or damages for which recovery is sought and, therefore, there is no liability on the part of the defendant.  In the alternative, in the event that it is found the contributory fault on the part of plaintiff is not more than 50 percent of the proximate cause of the alleged injuries or damages for which recovery is sought, then any damages allowed must be diminished in proportion to the amount of fault attributable to the plaintiff.

WHEREFORE, the defendant, WILLIAM McKINNEY, Individually, prays that Count VIII of plaintiff's Complaint be dismissed with prejudice at plaintiff's costs.

## DEFENDANT DEMANDS TRIAL BY JURY

### COUNT IX

Now comes the defendant, WILLIAM McKINNEY, Individually, by and through his undersigned attorneys, PIERCE LAW FIRM, P.C., and hereby makes no answer to Answer to

7

Count IX of plaintiff's Complaint as said count is not directed against this defendant. However, to the extent that said Count IX is against this defendant, he hereby denies each and every allegation contained therein.

**DEFENDANT DEMANDS TRIAL BY JURY**

## COUNT X

Now comes the defendant, WILLIAM McKINNEY, Individually, by and through his undersigned attorneys, PIERCE LAW FIRM, P.C., and hereby makes no answer to Answer to Count X of plaintiff's Complaint as said count is not directed against this defendant. However, to the extent that said Count X is against this defendant, he hereby denies each and every allegation contained therein.

**DEFENDANT DEMANDS TRIAL BY JURY**

                                        Respectfully Submitted,

                                By: s/Charles A. Pierce
                                        PIERCE LAW FIRM, P.C.
                                        #3 Executive Woods Court, Suite 200
                                        Belleville, IL 62226
                                        Phone: 618-277-5599
                                        Fax: 618-239-6080
                                        E-mail: cpierce@piercelawpc.com
                                        Attorney Bar # 06208106

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2014, I electronically filed an ANSWER on behalf of the defendant, WILLIAM McKINNEY, with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Mr. Jarrod P. Beasley
The Kuehn Law Firm
23 Public Square, Suite 450
Belleville, IL  62220

Mr. Joseph A. Bleyer
Bleyer & Bleyer
601 West Jackson Street
Marion, IL  62959

Mr. Jerome E. McDonald
Black, Hedin, Ballard, McDonald, P.C.
108 South 9th Street
P. O. Box 4007
Mt. Vernon, IL  62864

                                              Respectfully submitted,

                                              s/CHARLES A. PIERCE
                                              Pierce Law Firm, P.C.
                                              #3 Executive Woods Court, Suite 200
                                              Belleville, IL  62226
                                              Phone: (618) 277-5599
                                              Fax: (618) 239-6080
                                              E-mail: cpierce@piercelawpc.com
                                              Attorney Bar Number # 06208106