# MISSOURI CERTIFICATION OF DEATH

DATE FILED: JANUARY 13, 2014    STATE FILE NUMBER: 124-13-203955

DECEDENT NAME: ROY D BARNHART SR.    SEX: MALE

DATE OF DEATH: JULY 11, 2013    COUNTY OF DEATH: ST LOUIS CITY

DATE OF BIRTH:    MARITAL STATUS: MARRIED    EVER IN ARMED FORCES: YES

SOCIAL SECURITY NUMBER:    RESIDENCE ADDRESS: 107 GEORGE STREET BUCKNER, ILLINOIS

SURVIVING SPOUSE:
(IF WIFE, MAIDEN NAME): SUSAN BUTTERFIELD

FUNERAL HOME: BOPP CHAPEL
UNDERLYING CAUSE (ICD CODE): (Y33)    MANNER: UNKNOWN

CLOSED HEAD INJURY
SIG COND: THERAPEUTIC ANTICOAGULATION

ISSUED ON BEHALF OF MO DEPT HEALTH & SENIOR SERVICES: ST LOUIS CNTY

THIS IS A TRUE CERTIFICATION OF NAME AND DEATH FACTS AS RECORDED BY THE BUREAU OF VITAL RECORDS, JEFFERSON CITY, MISSOURI.

Craig B. Ward
State Registrar of Vital Statistics

DATE ISSUED: JANUARY 14, 2014

EXHIBIT A