

### Office of the Medical Examiner
### City of St. Louis

1300 Clark Avenue
St. Louis, MO  63103-2718

Office: 314-622-4971
Fax: 314-622-4933



Medical Examiner
City of St. Louis

**Barnhart, Roy D. Sr.**

**CITY-2013-1279**
**Exam Case**

## Post-Mortem Examination

Name of Deceased: Barnhart, Roy D. Sr.
Address: 107 George Street, Buckner, IL 62819
Date/Time of Medical Examiner Notification: 7/11/2013 7:00:00 PM
Date/Time of Pathologist's Examination: 7/13/2013 9:10:00 AM
Date/Time of Pronounced Death: 7/11/2013 6:51:00 PM
Race: White
Sex: Male
Age: 62 years
Date of Birth: *Redacted*
Manner of Death: Undetermined
Death Certificate Signed by: Medical Examiner
Investigator: Tara M. Rick
Pathologist: Juliette Scantlebury, M.D. Assistant Medical Examiner
Depth of Investigation (Investigator): Telephone Only
Depth of Investigation (Pathologist): Complete Autopsy
Police Agency: Buckner Police Department (Complaint No.: 13-13-001771)

External Examination: The body is not clothed. The appearance of age is approximately as stated. The body weight is 184 lbs and the body length is 67 inches. The state of preservation is good in this unembalmed body. Rigor mortis is mild. The body is heavier than ideal weight based upon height. Lividity is present and fixed on the posterior surfaces. Personal hygiene is fair. The hair is light brown and is worn at medium length. A moustache is present. The beard has not been shaved recently. The scalp is shaved on the right parietal frontal area. The corneas have been harvested in the post-mortem period, along with long bones of the bilateral lower extremities, by Mid America Transplant Services. The orbital and periorbital tissues are otherwise unremarkable. The mouth is edentulous. The oral cavity is normal in appearance. There are no injuries to the lips or tongue. The nose is symmetrical and the air passages are open. The external ears are normal in appearance. There are tattoos present on the right upper arm, ("In Memory of Gary", tombstone, "Love") and the right dorsal forearm is a panther tattoo. There is a tattoo on the left upper arm (eagle). There are right and left chest tubes present. There is a scar on the upper left chest that corresponds to a pacemaker in the subcutaneous tissue. The upper extremities are symmetrical.

COPY

Office of the Medical Examiner
Not For Secondary Release
City of St. Louis



EXHIBIT
B

Injuries: There is evidence of blunt head trauma with a 4 x 4 cm speckled contusion on the right mid forehead. Internal examination reveals diffuse subgaleal hemorrhage present on the right side of the head. There is right hemisphere subdural hematoma present which has a maximum thickness of 0.2 cm. There are small right frontal and parietal subarachnoid hemorrhages. There are contusions of the right orbital gyrus and right occipital lobe that measure 5 – 6 mm each. There is also a 6 mm contusion of the mesial surface of the right parietal lobe. There is a 4 – 5 mm contusion of the right occipital lobe. There is a 15 mm contusion of the right inferior temporal lobe.

Other injuries are present. There is a 9 x 6 cm abrasion on the right lower posterior arm. On the right dorsal hand there are small abrasions overlying the bony processes of the 4th and 5th carpal-metacarpal joints. On the left upper extremity there is a 1.5 cm abrasion on the posterior left forearm. The proximal interphalangeal joints of the 3rd and 4th left fingers have abrasions that measure 4 – 5 mm. There is a 29 cm curvilinear incision on the right lateral scalp. On the back at the right upper shoulder there is a 0.4 x 0.2 cm abrasion with a central punctate wound. The bilateral axillae and medial upper arms have scattered rosey-red and purple contusions that measure 3 – 6 cm.

Body Cavities: The body is opened with the usual Y-shaped thoracoabdominal and bitemporal scalp incisions. The anterior thoracic musculature and subcutaneous regions are not remarkable. The peritoneal cavity has adhesions. The pleural cavity shows no abnormalities. The retroperitoneum is unremarkable. The pericardial cavity is not remarkable.

Neck Organs: The soft tissue of the neck is free of hemorrhage. The hyoid bone is intact and is well ossified. The glottis, laryngeal and tracheal airways are widely patent. The larynx is normal and the larynx is well ossified. The thyroid gland is normal. The parathyroids are not identified.

Mediastinum: The thymus gland is not identified. The mediastinum is normal.

Heart: The heart weighs 630 gm. The left ventricular wall thickness measures 2.3 cm and the right ventricular wall thickness measures 0.3 cm. The surface of the heart is smooth and glistening. The wall is of normal consistency. There is an increased amount of subepicardial fat tissue present. The size of the heart is increased but the contours are normal. There is a lead for the pacemaker in the right ventricle and atrium. The endocardium and cardiac valves are normal. Both the left and right chambers are dilated. The coronary arteries are thickened and calcified but with minimal occlusion. The cut surface of the myocardium is the normal reddish brown color.

Vascular System: The aorta has moderate to severe atherosclerosis with calcification in the abdominal aorta. The bilateral iliac arteries have mesh stents. The systemic veins are normal.

Lungs: The lungs together weigh 1480 gm. The lungs are free of any injuries. The lung surface is pink. The lung tissue throughout is soft, crepitant and congested. The air passages are normal throughout and are lined by smooth, pink mucosa. The pulmonary arteries and veins are free of emboli, thrombi, and other gross abnormalities.

Liver: The liver weighs 2540 gm. It has a yellowish, nodular appearance with a fibrotic consistency.

Biliary Tract: The gallbladder is surgically absent.

Pancreas: The pancreas is normal in consistency and in appearance.

Gastrointestinal Tract: The entire gastrointestinal tract is examined and the appendix is surgically absent. The stomach contains less than 100 ml of partially digested food.

Spleen: The spleen weighs 270 gm and is normal on the surface and cut section.

Lymphatic System: The lymph nodes are normal in size and appearance.

Bone Marrow: The bone marrow is normal.

Adrenals: The adrenals are well supplied with lipoid material and are free of hemorrhage, inflammation, and primary and secondary neoplasm. The medullary portions are not remarkable.

Kidneys: The kidneys appear grossly of normal configuration and together weigh 390 gm. The cortex measures 1 mm in thickness. The renal capsules strip with ease. The surfaces are granular. There are no abnormalities of the cut surfaces of the kidneys. The papillae, renal pelves and ureters are not remarkable.

Bladder: The bladder wall is entirely normal.

Male Genital System: Unremarkable.

Cranial Cavity: The reflected scalp show diffuse subgaleal hematoma of the right frontoparietal region. The calvarium and bones at the base of the skull are not remarkable; there are no fractures present. The right parietotemporal calvarium has been surgically excised. There is right subdural hematoma and small subarachnoid hemorrhages in the right parietotemporal area as have already been described. The weight of the unfixed brain is 1540 gm. The cerebrovasculature shows moderate atherosclerosis. The ventricular system and spinal fluid are normal. The pituitary gland is grossly normal. The pineal gland is not identified.

Spinal Cord: The upper spinal cord as viewed from the cranial cavity is not remarkable.

Juliette Scantlebury, MD
Assistant Medical Examiner

Jane W. Turner, MD
Assistant Medical Examiner



# Office of the Medical Examiner
# City of St. Louis

1300 Clark Avenue
St. Louis, MO 63103-2718

Office: 314-622-4971
Fax: 314-622-4933



**Barnhart, Roy D. Sr.**

**CITY-2013-1279**
**Exam Case**

## PATHOLOGIC FINDINGS

I.   Closed Head Injury
    A. Contusion of forehead
    B. Right subgaleal hematoma
    C. Subdural and subarachnoid hemorrhages
    D. Brain, cerebral cortex, contusions
    E. Status-post craniotomy
    F. Brain, cerebral cortex, edema

II.   Cardiovascular System
    A. Heart, left ventricle, hypertrophy
    B. Cerebrovasculature, moderate atherosclerosis
    C. Status-post pacemaker placement (remote)
    D. Status-post bilateral femoral stent placement (remote)
    E. Heart, myocardium, patchy interstitial fibrosis
    F. Heart, coronary arteries, mild atherosclerosis
    G. Aorta, moderate to severe atherosclerosis

III.   Hepatobiliary System
    A. Liver, macrosteatosis
    B. Liver, cirrhosis
    C. Status-post cholecystectomy (remote)

IV.   Respiratory System
    A. Lungs, acute and chronic congestion
    B. Lungs, emphysema

V.   Genitourinary System
    A. Kidneys, arteriosclerosis
    B. Kidneys, cortical atrophy

VI.   Other Injuries
    A. Abrasions of right forearm, bilateral hands, back
    B. Contusions of bilateral axillae

Office of the Medical Examiner Not For Secondary Release City of St. Louis



COPY

## PATHOLOGIC FINDINGS

VII.    Status-post Harvesting of Tissues in the Postmortem Interval
        A. Corneas, long bones
VIII.   Status-post Bilateral Tube Thoracostomies


Juliette Scantlebury, M.D.
Assistant Medical Examiner


Jane W. Turner, M.D.
Assistant Medical Examiner



# Office of the Medical Examiner
## City of St. Louis

1300 Clark Avenue
St. Louis, MO 63103-2718

Office: 314-622-4971
Fax: 314-622-4933



Medical Examiner
City of St. Louis

Barnhart, Roy D. Sr.

**CITY-2013-1279**
**Exam Case**

## Microscopic Slide Examination

**Heart:** There is patchy interstitial fibrosis and myocyte hypertrophy.

**Lung:** There are hemosiderin-laden macrophages present in many alveolar spaces along with foamy macrophages. There are a few small colonies of postmortem bacterial overgrowth. Changes of emphysema are present with cystically dilated airspaces.

**Liver:** There is macrosteatosis of approximately 40% of the parenchyma, and moderate to severe portal chronic inflammation with bridging fibrosis. Within the bands of fibrosis, there are proliferating bile ducts. Many hepatocytes contain bile pigment.

**Kidney:** Patchy interstitial chronic inflammation is present along with autolytic changes. There is focal postmortem bacterial overgrowth. Arteriosclerosis is present and there are scattered dilated atrophic tubules containing amphophilic material.

**Brain:** Sections of the right occipital lobe lesion microscopically has the appearance of an acute infarct with granular degeneration of the parenchyma and associated acute hemorrhage located at the base of the sulcus. There is focal gliosis. The apex of the gyrus is intact. Other sections, however, are consistent with acute contusion with hemorrhage, parenchymal disruption and early necrosis involving the apices of gyri. There is spongiosis in many of the sections. Sections of the subdural hematoma are characterized by large lakes of red blood cells admixed with fibrin and white blood cells.

Juliette Scantlebury, M.D.
Assistant Medical Examiner

Jane W. Turner, M.D.
Assistant Medical Examiner



# Office of the Medical Examiner
## City of St. Louis

1300 Clark Avenue
St. Louis, MO 63103-2718

Office: 314-622-4971
Fax: 314-622-4933


Medical Examiner
City of St. Louis

**Barnhart, Roy D., Sr.**

CITY-2013-1279
Case Type: Exam Case

Cause of Death:
 Immediate Cause:   Closed head Injury
 Other Significant Conditions:   Therapeutic anticoagulation

Manner of Death:   Undetermined

Toxicology Results

 Blood: -

| | |
|---|---|
| **Blood Alcohol** | |
| Acetone | Negative |
| Ethanol | Negative |
| Isopropanol | Negative |
| Methanol | Negative |
| **Blood Drug Screen** | |
| Acetaminophen | Negative |
| Amphetamines | Negative |
| Barbiturates | Negative |
| Benzodiazepines | Negative |
| Cannabinoids (THC) | Negative |
| Citalopram | 0.88 mcg/ml |
| Cocaine/Metabolites | Negative |
| Fentanyl | Negative |
| Lidocaine | Negative |
| Methadone | Negative |
| Non-Opiate Narcotic Analgesic | Negative |
| Opiates | Positive |
| Oxycodone | Negative |
| Oxymorphone | Negative |
| Phencyclidine | Negative |
| Phenothiazines | Negative |
| Propoxyphene | Negative |
| Salicylates | Negative |
| **Blood Opiate Quant** | |

Office of the Medical Examiner Not For Secondary Release City of St. Louis

COPY



# Office of the Medical Examiner
## City of St. Louis

1300 Clark Avenue
St. Louis, MO 63103-2718

Office: 314-622-4971
Fax: 314-622-4933


Medical Examiner
City of St. Louis

**Barnhart, Roy D., Sr.**

CITY-2013-1279
Case Type: Exam Case

| | |
|---|---|
| 6-Monoacetylmorphine | Negative |
| Codeine | Negative |
| Dihydrocodeine (Hydrocodol) | Negative |
| Hydrocodone | Negative |
| Hydromorphone | Negative |
| Morphine (Free) | 0.090 mcg/ml |
| Morphine (Total) | 0.16 mcg/ml |
| Oxycodone | Negative |
| Oxymorphone | Negative |

Office of the Medical Examiner
Not For Secondary Release
City of St. Louis

Juliette Scantlebury, M.D.
Assistant Medical Examiner

Jane W Turner, M.D.
Assistant Medical Examiner



# Office of the Medical Examiner
## City of St. Louis

1300 Clark Avenue
St. Louis, MO 63103-2718

Office: 314-622-4971
Fax: 314-622-4933

Medical Examiner
City of St. Louis

---

**Barnhart, Roy D., Sr.**     Case Status:  Open                    **CITY-2013-1279**
Day: Thursday      Date: 07/11/2013      Time:  7:00 pm              Case Type: Exam Case

**Call Received From:** Dr. Paul Birinyi          Phone No.: (314) 577-8000
  Notifying Agency/Institution:  St. Louis University Hospital

**Deceased: Barnhart, Roy D., Sr.**                        Phone No.: 618-435-1453
   Race: White                    Sex: Male      Age: 62 years    DOB: Redacted
   Marital Status: Married                                        SSN. IL
   Address:  107 George Street                City: Buckner       State: IL
   Occupation/Industry:  Truck Driver         County:  Franklin   Zip:  62819
**Next of Kin:** Barnhart, Susan                           Phone No.: 618-435-1453
   Address:  107 George St.                   City:  Buckner      State: IL
   Relationship:  Spouse                      County: Franklin    Zip:  62819
   Notified:  07/11/2013 06:51 PM             By: At bedside

**Police Agency:**  Buckner Police Department               Phone No.: 618-724-7601
   Date/Time Called: 7/7/2013  8:04:00PM    Complaint No.: 13-13-001771    During App/In Cust?  N

| | Date | Time | Location | By |
|---|---|---|---|---|
| Occurred | 07/07/2013 | 08:04 pm | 205 E. Main Street, Buckner, IL 62819 [Franklin] | |
| Pronounced | 07/11/2013 | 06:51 pm | St. Louis University Hospital, St. Louis, MO 63110 [.City of St. Louis (510)] (Inpatient ) | Dr. Matt Pierson |

**Manner of Death:** Undetermined                          Injury at Work? No
   Type of Death:  While in Custody
   How Injury Occurred:   Blunt trauma sustained during forcible restraint
   Premises:   Street
   Multiple Deaths Associated with this Incident:  No
   Activity of decedent:

**Depth of Investigation (Investigator):** Telephone Only      Investigation Type:

**Death Certificate Signed By:** Medical Examiner          **Date Signed:**   01/13/2014
   Who will sign the Death Certificate at the ME:

**Notifications:**
Investigator: _____      Rick, Tara
Pathologist: _____       Scantlebury, Juliette
Pathologist (2) _____       Turner, Jane

{ Printed:  1/14/2014   at  12:53 pm }                      **CITY-2013-1279**



# Office of the Medical Examiner
# City of St. Louis

1300 Clark Avenue
St. Louis, MO  63103-2718

Office: 314-622-4971
Fax: 314-622-4933



Medical Examiner
City of St. Louis

**Pathologist:**    Scantlebury, Juliette                     Autopsy Performed?  Yes

**Pathologist (2):** Turner, Jane
Date/Time Examination Started:  7/13/2013  09:10 am
Date/Time Examination Finished:                     Type of Examination: Complete Autopsy
Location of Examination: City of St. Louis Medical Examiner's Office
Primary Autopsy Technician:                         Secondary Autopsy Technician:
Autopsy Photographer:  Aubuchon, James              No. of Images Taken:
Exam Witness (1):                                   Exam Witness (2):
Exam Witness (3):
Depth of Investigation (Pathologist): Complete Autopsy

**Records Requested From:**                         Phone No.            Requested    Received
St. Louis University Hospital          Correspondence      577-8045      07/11/2013   07/12/2013
Franklin Hospital                      Medical Records     618-439-3161  07/11/2013
Buckner Police Department              Chief Barnfield     618-724-7601  07/11/2013   07/11/2013
X-Rays Requested:  Yes

**Case Disposition:** Brought in for Examination
General Scene Description:   Hospital                 Disposition of Body: Cremation      When:

**Livery Service:**  Robert E. Schaeffer & Associates
**MTS Removal:**  Livery Service: Anatomy Transport for MTS              Driver: Matt
Released By: Hartle, Heather A.                                         When: 7/12/2013  12:00 am
☐ MTS Release Order              Expected Return: 07/13/2013 07:20 AM
**Body Released:**  Status:  Released Authorized    Authorized By:                 When: 7/15/2013  09:40 am
Arrangements Made?  Yes                  Arrangements Authorized By: Susan Barnhart  wife
Funeral Home: Bopp Chapel                                     Phone No.: (314) 965-7680
Address:   10610 Manchester Rd.
Notified By:                             Who:                 When:
Released By: Hartle, Heather                                  When: 7/15/2013  10:11 am
**Scientifically Identified By:**  Fingerprints
Where: Medical Examiner's Office                              When: 7/15/2013  10:10 am

Fingerprint Identification:
Fingerprints taken by?    Toni Grozav, Dsn 6598               When: 7/15/2013  09:30 am
Who made the comparison?  Toni Grozav, Dsn 6598 (FBI 784138HD3)   When: 7/15/2013  10:10 am
Did it result in a Positive ID?  Yes

**Remains Visually Identified By:**
Who: Susan Barnhart            Date/Time: 7/11/2013  6:51:00PM     Relationship: Spouse
Address:                                                     Phone No.:

**ICD Code:**  799.9
Other ill-defined and unknown cases of morbidity and mortality; Other unknown and unspecified cause
**Cause of Death:**                                          ICD-9   Time Interval
Immediate Cause:   Closed head Injury
Other Significant Conditions (1):  Therapeutic anticoagulation

{ Printed:  1/14/2014   at  12:53 pm }                       CITY-2013-1279



# Office of the Medical Examiner
# City of St. Louis

1300 Clark Avenue
St. Louis, MO 63103-2718

Office: 314-622-4971
Fax: 314-622-4933



Medical Examiner
City of St. Louis

Barnhart, Roy D. Sr.

CITY-2013-1279
Exam Case

# Narrative Report of Investigation

On Thursday 7/11/2013 at 7:00 PM I received a telephone call from Dr. Paul Birinyi, Neurosurgery at St. Louis University Hospital. He called reporting a death at the hospital 5-Intensive Care Unit. The deceased was identified as:

Roy D. Barnhart Sr.
white male – 62 years old
date of birth : *Redacted*
107 George Street
Buckner, IL 62819

Dr. Birinyi reported the deceased was admitted to SLUH at 3:55 AM on 7/8/2013 having been transferred from Memorial Hospital of Carbondale in Illinois.

Dr. Birinyi reported he could only provide third hand information from the medical record. The deceased was reported to have been "tased" by police. Dr. Birinyi stated he had no details. There was no contact name or number for any law enforcement agency located in the medical record. The deceased was reported to have fallen.

Where and when the incident occurred was unknown to Dr. Birinyi. He was unable to locate any ambulance transfer paperwork from the incident location to the outside hospital.

The deceased was reported to have a pre existing history of cardiac issues with a defibrillator and also on anticoagulant therapy. At the outside hospital he was found to have subdural hemorrhage and was transferred to St. Louis University Hospital for further management.

Dr. Birinyi didn't know if toxicology studies were performed at Memorial Hospital of Carbondale. He stated no serum ethanol or urine drug screen was performed at SLUH.

Surgery performed at SLUH included craniotomy with evacuation of the subdural hemorrhage. Dr. Birinyi reported his neurological condition was poor with re accumulation of the hemorrhage. The course was further complicated by worsening cardiac and pulmonary issues requiring chest tube placement and critical care management.

At 6:51 PM this evening the deceased was pronounced by Dr. Matt Pierson. The spouse was present and notified.

Susan Barnhart
107 George Street
Buckner, IL 62819
618-435-1453

Mrs. Barnhart indicated to hospital staff if the Medical Examiner doesn't perform an autopsy she will grant consent for one at St. Louis University Hospital.

I informed Dr. Birinyi I would have to determine which law enforcement agency is involved and gather more information before determining the disposition of the remains.

I contacted the Franklin County Sheriff's Department (618-724-2432) who dispatch for the Buckner Police Department. Dispatch verified the Buckner PD handled the incident involving Mr. Barnhart occurring 7/7/2013. Dispatch took my name and contact number and said they would have the Police Chief contact me.

At 7:45 PM I received a telephone call from Chief Alan Barnfield – Buckner Police Department. I notified him of the death of Roy Barnhart this evening. Chief Barnfield confirmed his department was involved, along with an officer from the Christopher (IL) Police Department. Chief Barnfield confirmed Mr. Barnhart was in police custody at the time of the incident and that the investigation was turned over to the Illinois State Police – District 13.

Chief Barnfield stated he was not present at the time of the incident. He stated he will forward copies of the two police reports to this office for review.

Chief Barnfield related the incident occurred while officers were attempting to arrest Mr. Barnhart for aggravated battery of a police officer. Mr. Barnhart resisted arrest and was pepper-sprayed by one of the officers having little effect. Mr. Barnhart was reported to have continued to resist arrest at which time he was tased by one of the officers. Mr. Barnhart was reported to have been subdued by the officers after being tasered and placed under police custody. Chief Barnfield was unable to provide additional details but faxed copies of the officer's reports this evening.

The reports were received this evening by fax.

I spoke with Dr. Sabharwal this evening who advised the remains should be conveyed to the Medical Examiner Office for evaluation.

Dr. Birinyi at SLUH was notified. I also spoke with Medical Records at SLUH who will call when the medical records are ready and the remains are in the hospital morgue. A livery will be dispatched to SLUH when the remains and records are ready.

A written request was sent to Franklin Hospital for copies of the medical record.

COPY

_____

Tara M. Rick, F-ABMDI
Medicolegal Investigator



# Office of the Medical Examiner
## City of St. Louis

1300 Clark Avenue
St. Louis, MO 63103-2718

Office: 314-622-4971
Fax: 314-622-4933



Barnhart, Roy D. Sr.

**CITY-2013-1279**
**Exam Case**

## Supplemental Report of Investigation

Supplemental Narrative Report:

Upon Dr. Kamal Sabharwal's arrival to the Medical Examiner's Office I informed him the Mid America Transplant is hoping to procure. Dr. Sabharwal consented to bone, eyes, and heart valves. I explained to Colleen that if Mr. Barnhart meets criteria to procure heart valves that a path report will be needed. Dr. Sabharwal instructed that in the event of discovering an injury during procurement, Mid America Transplant is to document the injury, but may proceed with procurement.

Dr. Sabharwal also instructed that post-mortem specimens such as, blood and vitreous be collected for toxicology. I related the release information to Colleen, Donation Coordinator, at Mid America Transplant, on a recorded line.

Mid America will arrange for the remains to be conveyed to and from their facility.

Submitted by:



Shawn R. Hicks
Medicolegal Investigator



## Office of the Medical Examiner
## City of St. Louis

1300 Clark Avenue
St. Louis, MO 63103-2718

Office: 314-622-4971
Fax: 314-622-4933

**Barnhart, Roy D. Sr.**

**CITY-2013-1279**
**Exam Case**

# Supplemental Report of Investigation

Supplemental Narrative Report:

Master Sgt. William Sons (BP 618-967-4594) – Illinois State Police – District 13 called the office 7/12/2013.

He advised a Crime Scene Technician from the state police will come to the Medical Examiners Office tomorrow 7/13/2013 for the autopsy.

He was advised to have the technician here by 8:30 AM.

Dr. Scantlebury, Pathology Fellow, was notified.



Tara M. Rick, F-ABMDI
Medicolegal Investigator



### *Office of the Medical Examiner*
### *City of St. Louis*

1300 Clark Avenue
St. Louis, MO 63103-2718

Office: 314-622-4971
Fax: 314-622-4933



Medical Examiner
City of St. Louis

**Barnhart, Roy D., Sr.**
**Photographs:**

**CITY-2013-1279**
**Case Type: Exam Case**

<u>AFFIDAVIT</u>

My name is _____Dana McDonough_____, I am of sound mind, capable of making

this Affidavit and personally acquainted with the facts herein stated:

I am the custodian of records of St. Louis Medical Examiner.  Attached hereto are _____ *9*

pages of pictures pertaining to  _Barnhart, Roy D., Sr._  -CITY-2013-1279 .  These  *9*  pages of pictures

are kept by me in the regular course of business of St. Louis Medical Examiner, and it was the

regular course of business of St. Louis Medical Examiner for an employee or representative of St.

Louis Medical Examiner, with the knowledge of the act, event, condition, opinion or diagnosis

recorded to make the record or to transmit information thereof to be included in such record; and the

record was made at or near the time of the act, event, condition, opinion or diagnosis.  The pictures

attached hereto are the original or exact duplicates of the original.

Affiant
Dana McDonough

(seal)

These photos are provided to you at no cost as a courtesy of the Medical Examiner.  If more

detail is required a photo CD may be obtained from the Medical Examiner for $_____.

**CITY-2013-1279**



# Office of the Medical Examiner
## City of St. Louis

1300 Clark Avenue
St. Louis, MO 63103-2718

Office: 314-622-4971
Fax: 314-622-4933



Medical Examiner
City of St. Louis

**Barnhart, Roy D., Sr.**

**CITY-2013-1279**

Photographs:

**Case Type: Exam Case**

Investigator: Rick, Tara

Pathologist: Scantlebury, Juliette

Scene Photographer:
No. of Photographs: 0
Date/Time Photos Taken:

Examination Photographer: Aubuchon, James
No. of Photographs: 51
Date/Time Photos Taken: 07/12/2013  08:28AM

P:\2013\2013-1279\2013-1279 autopsy photos 001.jpg

P:\2013\2013-1279\2013-1279 autopsy photos 002.jpg





P:\2013\2013-1279\2013-1279 autopsy photos 003.jpg

P:\2013\2013-1279\2013-1279 autopsy photos 004.jpg







# Office of the Medical Examiner
# City of St. Louis

1300 Clark Avenue
St. Louis, MO 63103-2718

Office: 314-622-4971
Fax: 314-622-4933



Medical Examiner
City of St. Louis

**Barnhart, Roy D., Sr.**

**CITY-2013-1279**

Photographs:

Case Type: Exam Case

P:\2013\2013-1279\2013-1279 autopsy photos 005.jpg



P:\2013\2013-1279\2013-1279 autopsy photos 006.jpg



P:\2013\2013-1279\2013-1279 autopsy photos 007.jpg



P:\2013\2013-1279\2013-1279 autopsy photos 008.jpg



P:\2013\2013-1279\2013-1279 autopsy photos 009.jpg



P:\2013\2013-1279\2013-1279 autopsy photos 010.jpg



**CITY-2013-1279**



*Office of the Medical Examiner*
*City of St. Louis*

1300 Clark Avenue
St. Louis, MO  63103-2718

Office: 314-622-4971
Fax: 314-622-4933



Medical Examiner
City of St. Louis

**Barnhart, Roy D., Sr.**
**Photographs:**

**CITY-2013-1279**
**Case Type: Exam Case**

P:\2013\2013-1279\2013-1279 autopsy photos 011.jpg



P:\2013\2013-1279\2013-1279 autopsy photos 012.jpg



P:\2013\2013-1279\2013-1279 autopsy photos 013.jpg



P:\2013\2013-1279\2013-1279 autopsy photos 014.jpg



P:\2013\2013-1279\2013-1279 autopsy photos 015.jpg



P:\2013\2013-1279\2013-1279 autopsy photos 016.jpg



**CITY-2013-1279**



# Office of the Medical Examiner
## City of St. Louis

1300 Clark Avenue
St. Louis, MO 63103-2718

Office: 314-622-4971
Fax: 314-622-4933



Medical Examiner
City of St. Louis

**Barnhart, Roy D., Sr.**
Photographs:

**CITY-2013-1279**
Case Type: Exam Case

P:\2013\2013-1279\2013-1279 autopsy photos 017.jpg

P:\2013\2013-1279\2013-1279 autopsy photos 018.jpg




P:\2013\2013-1279\2013-1279 autopsy photos 019.jpg

P:\2013\2013-1279\2013-1279 autopsy photos 020.jpg




P:\2013\2013-1279\2013-1279 autopsy photos 021.jpg

P:\2013\2013-1279\2013-1279 autopsy photos 022.jpg




**CITY-2013-1279**



# Office of the Medical Examiner
## City of St. Louis

1300 Clark Avenue
St. Louis, MO  63103-2718

Office: 314-622-4971
Fax: 314-622-4933


Medical Examiner
City of St. Louis

**Barnhart, Roy D., Sr.**
Photographs:

**CITY-2013-1279**
**Case Type: Exam Case**

P:\2013\2013-1279\2013-1279 autopsy photos 023.jpg



P:\2013\2013-1279\2013-1279 autopsy photos 024.jpg



P:\2013\2013-1279\2013-1279 autopsy photos 025.jpg



P:\2013\2013-1279\2013-1279 autopsy photos 026.jpg



P:\2013\2013-1279\2013-1279 autopsy photos 027.jpg



P:\2013\2013-1279\2013-1279 autopsy photos 028.jpg



**CITY-2013-1279**



# Office of the Medical Examiner
## City of St. Louis

1300 Clark Avenue
St. Louis, MO 63103-2718

Office: 314-622-4971
Fax: 314-622-4933


Medical Examiner
City of St. Louis

**Barnhart, Roy D., Sr.**
**Photographs:**

**CITY-2013-1279**
**Case Type: Exam Case**

P:\2013\2013-1279\2013-1279 autopsy photos 029.jpg

P:\2013\2013-1279\2013-1279 autopsy photos 030.jpg




P:\2013\2013-1279\2013-1279 autopsy photos 031.jpg

P:\2013\2013-1279\2013-1279 autopsy photos 032.jpg




P:\2013\2013-1279\2013-1279 autopsy photos 033.jpg

P:\2013\2013-1279\2013-1279 autopsy photos 034.jpg






# Office of the Medical Examiner
# City of St. Louis

1300 Clark Avenue
St. Louis, MO 63103-2718

Office: 314-622-4971
Fax: 314-622-4933



Medical Examiner
City of St. Louis

**Barnhart, Roy D., Sr.**
Photographs:

**CITY-2013-1279**
**Case Type: Exam Case**

P:\2013\2013-1279\2013-1279 autopsy photos 035.jpg



P:\2013\2013-1279\2013-1279 autopsy photos 036.jpg



P:\2013\2013-1279\2013-1279 autopsy photos 037.jpg



P:\2013\2013-1279\2013-1279 autopsy photos 038.jpg



P:\2013\2013-1279\2013-1279 autopsy photos 039.jpg



P:\2013\2013-1279\2013-1279 autopsy photos 039.jpg





### Office of the Medical Examiner
### City of St. Louis

1300 Clark Avenue
St. Louis, MO 63103-2718

Office: 314-622-4971
Fax: 314-622-4933



Medical Examiner
City of St. Louis

**Barnhart, Roy D., Sr.**
Photographs:

**CITY-2013-1279**
**Case Type: Exam Case**

P:\2013\2013-1279\2013-1279 autopsy photos 040.jpg

P:\2013\2013-1279\2013-1279 autopsy photos 041.jpg




P:\2013\2013-1279\2013-1279 autopsy photos 042.jpg

P:\2013\2013-1279\2013-1279 autopsy photos 043.jpg




P:\2013\2013-1279\2013-1279 autopsy photos 044.jpg

P:\2013\2013-1279\2013-1279 autopsy photos 045.jpg




**CITY-2013-1279**