IN THE CIRCUIT COURT FOR THE SECOND JUDICIAL CIRCUIT
FRANKLIN COUNTY, ILLINOIS

| | |
|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS ) | |
| ) | |
| V. ) | 13 CF 214 |
| WILLIAM McKINNEY, ) | |
| ) | |
| Defendant. ) | |

## STATEMENT OF FACTS IN SUPPORT OF PLEA

If this matter proceeded to trial, the People of the State of Illinois would call to testify, Illinois State Police Special Agents: Aaron Cooper, Stacy Kinter, Jason Colp, Ryan Sykes, Buckner Fire Department First Responders: Brandon Overton, Ashely Burnett, Rodney P. Elko; Buckner Police Chief Alan Barnfield; Citizens: Tiki Buttry. Amanda Barnhardt, Susan Barnhardt, Richard Curry, Ralph Reed, George Lathum; Chrisopher Police Officer Richard Dale, Sesser Police Officer Khole Smilie, Central Dispatcher Lacey Jone, Dr. Juliette Scantlebury, St. Louis Medical Examiner's Office, Doctors from the Herring Hospital and St. Louis University Hospital and Illinois State Police Use of Force Expert K.N. Bullock.

Through the witnesses combined testimony, it would be established as follows:

That on July 7, 2013, Buckner Police Officer William McKinney responded to a dispute East Main Street in Buckner, Illinois. Two officers, Richard Dale of the Christopher Police Department and Khole Smilie of the Sesser Police Department also responded to assist Officer McKinney as several citizens were involved in the dispute.

Roy D. Barnhardt approached Officers McKinney and the Christopher Police Officer. Mr. Barnhardt and assaulted the Christopher Police Officer. Following the assault, Mr. Barnhardt attempted to flee the scene. A 'tazer' was deployed against Mr. Barnhardt by the Christopher Police Officer which caused Mr. Barnhardt to fall face first into a gravel area. Mr. Barnhardt was then taken into custody and handcuffed by Buckner Police Officer McKinney on charges relating to the assault of the Christopher Police Officer.

After Mr. Barnhardt was handcuffed by Officer McKinney, Officer McKinney struck Mr. Barnhardt with his hand on the right side of his face.

Mr Roy D. Barnhart, was taken from Buckner, Illinois to the Herrin Hospital by Abbott EMS after being arrested by Officer McKinney on July 7, 2013. Mr. Barnhart was then flown to St. Louis University Hospital in St. Louis, Missouri. Mr. Barnhart was treated for a head injury which had caused a brain bleed. Treatment was unsuccessful and Mr. Barnhart died while at St. Louis University Hospital.



EXHIBIT D

An autopsy, was conducted by the St. Louis Medical Examiners Office after Mr. Barnhardt died in St. Louis on July 12, 2013. The report from the autopsy, which was completed in January of 2014 and received on March 4, 2014, revealed that Mr. Barnhardt died as a result of a closed head injury and complications by worsening cardiac and pulmonary issues as well as therapeutic anticoagulation medication which Mr. Barnhardt had been prescribed for his pre-existing medical problems.

The Illinois State Police Use of Force Expert, Trooper K.N. Bullock examined all of the evidence as part of the state police investigation. Trooper Bullock has opined on behalf of the Illinois State Police that all of the actions of the officers who dealt with Mr. Barnhardt on July 12, 2013 were proper, except for Officer McKinney's 'striking Mr. Barnhardt while the suspect was handcuffed behind his back and only being verbally noncompliant.'

Respectfully Submitted,
The People of the State of Illinois

By:_____
Evan Owens
Franklin County State's Attorney
411 East Main Street
Benton, IL 62812
618-439-4316phone
618-435-2349 fax