1    and go through you two and batter him, right?

2         A.   But he listened to me.

3         Q.   Did you tell Roy not to come?

4         A.   Yeah.

5         Q.   Okay.  Well, we skipped that part then.  At

6    what point did you say, Roy, don't get off that

7    mower?

8         A.   I told him several times to shut up to quit

9    yelling, and we'd take care of this situation in a

10   peaceful manner.

11        Q.   Did you ever tell him not to get off the

12   mower?

13        A.   Yes.

14        Q.   All right.  When did you tell him not to get

15   off the mower?

16        A.   During that conversation.

17        Q.   Okay.  So you pepper spray him.  How long do

18   you pepper spray somebody?

19        A.   At least a 2- or 3-second burst.

20        Q.   And I asked that question incorrectly and

21   poorly.  How long did you pepper spray Roy Barnhart,

22   Sr.?

23        A.   I don't know.

24        Q.   What kind of shirt was he wearing?

1     A.   That I don't remember.  I remember he had

2  green shorts on.

3     **Q.   Did he have a hat on?**

4     A.   I don't remember.

5     **Q.   Did you ever describe the deployment of the**

6  **pepper spray as I drowned him down?**

7     A.   Yes, I probably did.

8     **Q.   Now, when I hear drown him down, I think a**

9  **lot of pepper spray; is that fair?**

10     MR. PIERCE:  You're asking him to comment on

11  your thought process?

12     MR. BEASLEY:  Correct.

13     MR. PIERCE:  Then I'll object because it's

14  completely speculation.

15     BY MR. BEASLEY:

16     **Q.   Go ahead.**

17     A.   Even a person using the pepper spray don't

18  know sometimes how much and how fast it comes out of

19  the can.

20     **Q.   If you were to hold down the nozzle on the**

21  **pepper spray, how long would it spray before it ran**

22  **out; do you know?**

23     A.   Probably 3 minutes.

24     **Q.   Okay.  And how long does your training tell**

1    you is the right amount of time to pepper spray

2    somebody?

3        A.   Two- or 3-second burst.

4        Q.   And in this instance, did you go longer than

5    2 or 3 seconds?

6        A.   I probably did.

7        Q.   And when you say longer, how much longer?

8        A.   Probably 6 seconds.

9        Q.   Is there a reason you went double the

10   trained time on Roy?

11       A.   I really wanted to incapacitate him for the

12   fight.

13       Q.   You didn't like Roy, Sr., did you?

14       A.   No, it had nothing to do with that.

15       Q.   I'm asking you if you liked him?

16       A.   I wouldn't go fishing with him.

17       Q.   I know.  I know you wouldn't, but what I'm

18   asking you is you didn't like Roy, Sr., did you?

19       A.   No, I had no watchmadoodle either way.

20       Q.   I'm sorry.  Say that again.

21       A.   I had no --

22            MR. PIERCE:  He said he had no watchmadoodle

23   either way.

24            BY MR. BEASLEY:

1    Q.    All right.  Is that what you said?

2    A.    Yeah, yeah, I had no comment either way,

3    yeah or nay.

4    Q.    All right.  So you gave him double the burst

5    that you're trained to do.  What did you do next?

6    A.    I really didn't have to do anything, and it

7    was even surprising to me it had no effect on him

8    whatsoever.

9    Q.    It had no effect?

10    A.    No effect whatsoever.

11    Q.    He didn't cover his face?

12    A.    No.

13    Q.    He didn't go ahh or scream?

14    A.    He started running.

15    Q.    So after the 6-second burst, he doesn't

16    yell, he doesn't cover his face?

17    A.    No.

18    Q.    He just turns and runs?

19    A.    Well, actually, I forgot one event.  He

20    started to start the lawn mower again and run off on

21    the lawn mower.

22    Q.    So let's go back.

23    A.    I know.

24    Q.    I know there -- it seems like I'm being

1    nitpicky here and I am, but after the 6-second burst,

2    he --

3         A.    Jumped back on the lawn mower.

4         Q.    Jumps back on the lawn mower?

5         A.    And tries to start it.

6         Q.    And, again, when you say jump, you mean

7    physically he leaps onto the lawn mower?

8         A.    Or run to it, two or three steps because we

9    were all within a 6-foot area.

10        Q.    All right.  Gets on the lawn mower?

11        A.    And attempts to start it.

12        Q.    And attempts to start it.  At this point he

13   has never touched you, right?

14        A.    Not me.

15        Q.    Attempts to start the lawn mower and he gets

16   it started?

17        A.    Uh-huh.

18        Q.    Yes?

19        A.    Yes.

20        Q.    The mower is now running?  It is loud?

21        A.    It started.

22        Q.    What do you do?

23        A.    I pulled the keys out of the lawn mower.

24        Q.    Does that turn the mower off?

1    A.   Yeah.

2    Q.   How long was the mower running before it got

3    turned off?

4    A.   Very short time.

5    Q.   Five seconds?

6    A.   Who can tell?

7    Q.   I don't know.  I wasn't there.

8    A.   I know.

9    Q.   I'm asking 5 seconds?  10 seconds?  How

10   long?

11   A.   Ten seconds probably at the very most.

12   Q.   Was the blade on?

13   A.   That I don't know.

14   Q.   You get it turned off.  Did you just reach

15   in and turn the key and pull it out?

16   A.   Yes, sir.

17   Q.   What did you do with the key?  Throw them?

18   A.   Threw them on the seat.  He had already

19   exited and run by then.

20   Q.   All right.  We have to go back again.

21   A.   Okay.

22   Q.   So the mower is on for 10 seconds.  At what

23   point does Roy, Jr. -- or Roy, Sr., get off the lawn

24   mower?

1    A.   Right after I pulled the keys out.

2    Q.   **All right.  You pull the keys out after ten**

3    **seconds.  He jumps off and run --**

4    A.   I'm just guessing the time.

5    Q.   **I understand.  He jumps off.  You throw the**

6    **keys on the seat?**

7    A.   Yes.

8    Q.   **Do you chase him?**

9    A.   No, I didn't chase him.  I kept Amanda and

10   Richard Curry at bay on the bench.

11   Q.   **Well, why did they need to be kept at bay?**

12   A.   Because this was a full-fledged fight

13   situation and people that hate each other.

14   Q.   **And at the point he runs away, you decide**

15   **not to chase him?**

16   A.   Right.

17   Q.   **And at the point he runs away, he has still**

18   **never touched you?**

19   A.   No.

20   Q.   **No, that's correct?**

21   A.   No, that's correct.

22   Q.   **Boy that makes no sense.**

23   A.   But I understood it anyway.

24   Q.   **He runs across.  You turn your back on**

1    Roy --

2         A.    Yes.

3         Q.    -- to deal with Curry and Amanda Barnhart?

4         A.    Yes.

5         Q.    And are they still seated?

6         A.    No.

7         Q.    What are they doing?

8         A.    They're up and screaming already across the

9    street.

10        Q.    What are they screaming?

11        A.    I can't remember the exact.

12        Q.    Who are they screaming at?

13        A.    The whole other half of the crew across the

14   street, which was all exes.

15        Q.    Who's -- I mean, are these people in the

16   house?

17        A.    No.

18        Q.    Where are they?

19        A.    They're all screaming out from the other

20   side of the street.

21        Q.    Where are they physically?

22        A.    They're all the way out at the curb's edge

23   at the time.

24        Q.    So you know these people.  Who was out at

1    the curb?

2        A.   Well, there was Roy, Jr., and a

3    girlfriend -- I don't know what particular girlfriend

4    at the time -- his mother, which is Latham.

5        Q.   Louise?

6        A.   Right.

7        Q.   Who else?

8        A.   And an unknown sister even to me.  I didn't

9    know there was another sister.

10       Q.   And they're all out at the curb yelling

11   across the street?

12       A.   Yes, sir.

13       Q.   And where is Roy, Sr.

14       A.   At that time he was in flight.

15       Q.   Well, at the point when you see these

16   people, where's Roy?  Where's Roy, Sr.

17       A.   First of all, right about this time, it

18   became dark.

19       Q.   Okay.

20       A.   I'd lost Richie out of my line of sight and

21   Roy, Sr.  I didn't know what was going on on that side

22   of the street besides the yelling and screaming.

23       Q.   You could see the people on the curb?

24       A.   I'm underneath the streetlight here.

1     Q.   You could see Curry and Amanda Barnhart?

2     A.   Yeah.

3     Q.   And you could also see across the street,

4 which isn't very far?

5     A.   No, I could -- I really knew that they were

6 there by this point in time, and there was more

7 getting involved, but I couldn't even see the

8 situation across the street yet.

9     Q.   Do you hear Roy, Sr., say anything?

10    A.   No.

11    Q.   Do you hear Richie Dale say anything?

12    A.   No.

13    Q.   At what point -- how much time elapses from

14 the time that we're talking about right now until the

15 time that you go back across the street?

16    A.   Probably not longer than a minute.

17    Q.   All right.  About a minute.  You go across

18 the street, and what do you find?

19    A.   I find that Richie has finally run him down

20 and had to tase him.

21    Q.   How far is it from that bench to the -- to

22 where Roy is tased?

23    A.   I have no idea.

24    Q.   That street is just a two-lane street,

1    right?

2        A.    But it's an awful large two-lane street.

3    It's probably at least one more car width wider than a

4    regular street.

5        Q.    **You come over there and you find that Richie**

6    **has caught up with Roy, Sr., right?**

7        A.    Yes, sir.

8        Q.    **And when you show up, tell me what you see.**

9        A.    What do I see?

10       Q.    **Uh-huh.**

11       A.    Okay.  Roy, Sr., is down in the driveway.

12   Richie has still got the Taser on him.

13       Q.    **Okay.  How far up the driveway are they?**

14       A.    Almost to the front steps or -- because the

15   driveway runs alongside the house.  I'm sorry.

16       Q.    **All right.  So they're about to the house?**

17       A.    Yes.

18       Q.    **And Roy is on the ground on his front or his**

19   **back?**

20       A.    On his front, facedown, in other words.

21       Q.    **And is he in the grass or in the asphalt?**

22       A.    It's not asphalt.  It's just --

23       Q.    **What is it?**

24       A.    Just chip drive.  I'm sorry.

1    Q.   In the grass or in the rocks?

2    A.   At the edge of the driveway.

3    Q.   And the driveway is rock?

4    A.   Yes.

5    Q.   So the edge of rock and grass?

6    A.   Yes, sir.

7    Q.   Where they meet?

8    A.   Where do they meet?

9    Q.   No, I said where they meet?

10   A.   I'm sorry.

11   Q.   And is his head -- can you tell if his head

12   is in the grass or in the driveway?

13   A.   I couldn't tell it at the time.  I know

14   while I was trying to handcuff him, I was scooping up

15   gravel.

16   Q.   Where's Richie when you see Roy on the

17   ground?

18   A.   Ten feet away from him.

19   Q.   On which side?

20   A.   Which side?

21   Q.   Was he behind him, like, towards the street,

22   to his left, to his right?

23   A.   Okay.  He would have been directly behind

24   him --

1     Q.   Directly behind --

2     A.   -- which would have been east.

3     Q.   So you have to walk past Richie to get to

4  Roy, Sr.

5     A.   Yes, sir.  I did not walk; I run.

6     Q.   Okay.  When you ran, did you say Richie --

7  did you say anything to Richie?

8     A.   No.  Actually, I was completely dumbfounded

9  at the time.

10    Q.   What were you dumbfounded over?

11    A.   Because Richie had to tase him in a dead fly

12  because Richie, Richard Dale, had no idea where he was

13  going.

14    Q.   Did you think he shouldn't have tased him?

15    A.   No, no, I didn't say that.

16    Q.   I know.  I'm asking.

17    A.   I'm not going to comment one way or the

18  other.

19    Q.   Well, it's sort of your job today to

20  comment.  I'm asking you if you think he was justified

21  in tasing him?

22    A.   Yes.  In Richie's mind, he was justified in

23  tasing him.

24    Q.   In your mind, was Richie justified to tase

1    him?

2        A.   I can't answer that.  It wasn't the same

3    situation for me and him.

4        Q.   **What was different?**

5        A.   Well, for one thing, I knew all the

6    participants.  Richie didn't know why he would be

7    running towards that house, he didn't know whether he

8    was going after a weapon or not at that particular

9    second, and he had already seen me have to mace him

10   with no effect.

11       Q.   **Was there anything -- did Roy ever say I'm**

12   **going to get a gun?**

13       A.   To me, no.

14       Q.   **To anybody at that scene?**

15       A.   I don't know whether he said that to anybody

16   or not.

17       Q.   **Did you hear him say that?**

18       A.   No.

19       Q.   **When you saw him that Barnhart -- that Roy,**

20   **Sr., was tased, you said you were dumbfounded?**

21       A.   Yes.

22       Q.   **I take that to mean you didn't agree with**

23   **the tasing?**

24       A.   I didn't say that.

1      Q.    You wouldn't have tased him?

2            MR. PIERCE:  Object.  Asked and answered.  I

3      mean, he's --

4            BY MR. BEASLEY:

5      Q.    Go ahead.

6            MR. PIERCE:  You can answer, Bill, if you

7      can.  He's asking you whether you would have tased

8      him, and I think you already answered that about three

9      times.

10           THE WITNESS:  Me knowing the subjects, no, I

11     wouldn't have tased him.

12           BY MR. BEASLEY:

13     Q.    Okay.

14     A.    I would have run him down, run him down,

15     but, Richie, didn't know the subjects, didn't know

16     where he was going or what his intent was.

17     Q.    Now, once you see him on the ground, do you

18     stop and talk to Richie?

19     A.    At that particular second, no.

20     Q.    What do you do?

21     A.    I try -- attempt to handcuff Roy, Sr.

22     Q.    All right.  And were you able to handcuff

23     Roy, Sr.

24     A.    Not for 2 or 3 minutes.

1      Q.   He was on his stomach?

2      A.   Yes, sir.

3      Q.   Where were his hands?

4      A.   Locked together underneath him.

5      Q.   He wasn't -- is it possible he was clutching

6 his chest?

7      A.   Absolutely not.

8      Q.   Did he put his hands on his head at some

9 point?

10     A.   After I told him to submit, he locked his

11 fingers together behind his head to further

12 continue.

13     Q.   Were you able to get him handcuffed?

14     A.   Yes, sir.

15     Q.   Did you tell Richie to hit him again?

16     A.   Yes, I did.

17     Q.   Did he?

18     A.   No, because come to find out, he had already

19 broken the Taser leads anyway.

20     Q.   So when you told Richie to hit him again, he

21 wasn't able to?

22     A.   Right, it was just a comment anyway.

23     Q.   How many times did Richie tase him; do you

24 know?

1    A.   I don't know.  As far as I know, he only had

2  to deploy it the one time.

3    **Q.   And the Taser, he had the same Taser that**

4  **you carry, right?**

5    A.   Yes, sir.

6    **Q.   The X26?**

7    A.   Yes, sir.

8    **Q.   It runs a 5-second cycle?**

9    A.   Yes, sir.

10    **Q.   Did he ever tell you he stopped the cycle**

11  **short?**

12    A.   He might have, but I didn't -- I didn't know

13  that for a fact.

14    **Q.   Well, I don't know if he did.  I'm asking if**

15  **he ever told you that he did?**

16    A.   No.

17    **Q.   Did he ever tell you that he tased him more**

18  **than once or deployed more than once?**

19    A.   As far as actually doing it, no.

20    **Q.   He never told you that?**

21    A.   No, he never told me that.

22    **Q.   You're able to get the cuffs on him?**

23    A.   Eventually.

24    **Q.   Was anybody there at the time you got the**

1    cuffs on him?

2         A.   Well, yes, actually that's the time the

3    Smillie kid showed up, because I asked for another set

4    of cuffs so that I wouldn't hurt Roy, Sr.

5         Q.   And he gave you the extra set of cuffs?

6         A.   Yes, sir.

7         Q.   And then you got him cuffed?

8         A.   Yes.

9         Q.   And at that point when you got him cuffed,

10   he had not moved from -- he had not moved locations

11   from where he was originally knocked down from the

12   Taser?

13        A.   No.

14        Q.   You get him up?

15        A.   Yes, sir.

16        Q.   How did you get him up?

17        A.   Very difficultly to tell you the truth.

18        Q.   How much did he weigh?

19        A.   Well, I estimated him weighing between 160

20   and 180 pounds, and I think the watchmadoodle report

21   said he weighed more than that.

22        Q.   How much do you weigh?

23        A.   135, 140 pounds.

24        Q.   Did Smillie help you get him up?

1    A.   That I don't remember.  I have been asked

2  that before, but that I don't remember.

3    Q.   **You yank him up?**

4    A.   If I did, I didn't mean to, but I was trying

5  to get him to the curb to get him medical

6  assistance.

7    Q.   **And we'll get to this, I guess, but what I'm**

8  **asking you is if, in your mind, you were rougher with**

9  **him than you needed to be?**

10    A.   No.

11    Q.   **So you get him up on his feet?**

12    A.   Yes, sir.

13    Q.   **He's just been tased, right?**

14    A.   Yes, sir.

15    Q.   **He's just been pepper sprayed?**

16    A.   Yes, sir.

17    Q.   **He's now handcuffed?**

18    A.   Yes, sir.

19    Q.   **You take him to the -- down to the corner of**

20  **the driveway in the grassy area?**

21    A.   Yes, sir.

22    Q.   **Is he walking?**

23    A.   He's walking but he's like a child in a

24  grocery store that you're just actually having to

1    drag.

2         Q.   So you drug him across the yard?

3         A.   I didn't say that.

4         Q.   Well, people have described it in their

5    statements as you drug him across the gravel.  I'm

6    asking you, did you drag him across the gravel?

7         A.   If I drug him across the gravel, it was just

8    because of the weight difference and he was not

9    compliant.

10        Q.   Did he tell you that his chest hurt?

11        A.   No.

12        Q.   Never told you that?

13        A.   No.

14        Q.   Never told you that his eyes hurt?

15        A.   No.

16        Q.   Never told you that he couldn't breathe?

17        A.   No.

18        Q.   So if other people heard that?

19        A.   Or later --

20        Q.   No.  If other people heard that at the

21   time --

22        A.   He did not say that at the time.

23        Q.   They're incorrect?

24        A.   Yes.

1     Q.   When you get him over to the area that you

2  want to put him in, do you drop him?

3     A.   We might have both dropped by that time.

4     Q.   Did you fall?

5     A.   I was stumbling, I'll grant you that.

6     Q.   I'm asking if you fell?

7     A.   I don't remember.

8     Q.   Did you buy your own uniforms?

9     A.   No.  Actually, it was half and half if you

10  want to know the truth.

11     Q.   Well, did you have to replace those pants or

12  that shirt?

13     A.   No.  The Illinois State Police took the

14  pants and the shirt, I think.

15     Q.   Were there any tears, rips, otherwise in

16  those pants?

17     A.   No.

18     Q.   Were there any grass stains on them?

19     A.   Yes.

20     Q.   When you went -- when you took him to that

21  corner that you said you were taking him to to get

22  medical attention --

23     A.   Out to the curb's edge, not the corner.

24     Q.   Yeah, out to the edge, did you trip him?

1    A.    Purposefully?

2    Q.    **Yes.**

3    A.    No.

4    Q.    **You didn't throw him down?**

5    A.    No.

6    Q.    **Do you know -- I think his name is Ralph**

7    **Reed. Does that sound right?**

8    A.    Uh-huh.

9    Q.    **Yes?**

10   A.    Yes.

11   Q.    **You know Ralph?**

12   A.    Yes.

13   Q.    **How do you know Ralph?**

14   A.    Just because he was a resident of Buckner.

15   Q.    **How many people live in Buckner?**

16   A.    Five hundred.

17   Q.    **You know most of them?**

18   A.    No.

19   Q.    **You ever have any problem with Ralph?**

20   A.    No.

21   Q.    **Ralph have any reason to be less than honest**

22   **about your activity that day that you can think of?**

23   A.    No.

24   Q.    **Did you ever -- did Roy -- Roy, Sr., ever**

1   ask you don't I have any rights?

2      A.   He might have.

3      Q.   Did you ever tell him you don't have any

4   rights?

5      A.   I might have.

6      Q.   Did you ever tell him you don't have any

7   Goddamn rights?

8      A.   I might have.

9      Q.   Did you ever yell quit resisting, quit

10   resisting?

11      A.   Yes.

12      Q.   Ralph Reed said he didn't see any resistance

13   in the victim at all, and it appeared the victim's

14   arms were quivering.  Did you ever see Roy, Sr.'s arms

15   quiver?

16      A.   Now, at which point did Ralph take witness

17   to all this?

18      Q.   When you're trying to handcuff him.

19      A.   Oh, he did.

20      Q.   That's the word on the street.  I'm just

21   relaying the message.  Did you ever see his arms

22   quiver during this time?

23      A.   As far as the tasing watchmadoodle or --

24      Q.   I'm just asking if you saw his arms

1   quiver?

2     A.  No, he was stiff armed, resisting at the

3   time underneath his body.

4     Q.  **If Richie Dale says he tased him while you**

5   **were on top trying to cuff him, is he wrong?**

6     A.  He would have to be wrong because the Taser

7   would have also deployed to me.

8     Q.  **Reed says picked the victim up to his feet**

9   **and started walking him back to the road and that the**

10   **victim was handcuffed at the time.  You agree that Roy**

11   **was handcuffed at the time you took him back to the**

12   **road?**

13     A.  Yes.

14     Q.  **It appeared as the officers were walking the**

15   **victim back to the road, the victim was tripped to the**

16   **ground.  You didn't trip him to the ground?**

17     A.  No.

18     Q.  **Reed stated it appeared the victim was**

19   **rendered unconscious at that time because there was no**

20   **movement.  Do you recall a time where you were --**

21   **where you were concerned that Roy was unconscious?**

22     A.  No, because he's still yelling and screaming

23   to all the participants.

24     Q.  **Does -- Roy, Sr., has rights, right?  You**

1   would agree with that?

2       A.   Yes, sir.

3       Q.   Why did you tell him you don't have any

4   rights?

5       A.   Everybody says a lot of things.

6       Q.   I know they do, and I'm asking you why you

7   said that?

8       A.   Just a comment.

9       Q.   So now we get him back to the corner.  He's

10  in the grass.  Does Roy fall in that area?

11      A.   No.

12      Q.   Whether you dropped him, tripped him or set

13  him down?

14      A.   I set him down as gently as I could.  Let's

15  put it that way.  That's the best I can explain it.

16      Q.   Well, how did he go to the ground?

17      A.   I set him down.

18      Q.   So you set him down on his butt?

19      A.   Yes.

20      Q.   It's not possible that he landed on his face

21  and --

22      A.   No.

23      Q.   -- on his front side?

24      A.   No.

1     Q.   So if other people say that, they're not

2  accurate?

3     A.   Well, like I said, everybody sees different

4  things.

5     Q.   So it's possible that he landed on his

6  front?

7     A.   No.

8     Q.   Okay.

9     A.   My first and very most concern at that time,

10  because, like I said, I did know that he had heart

11  problems, was that ambulance got there and was right

12  there to render him aid.

13     Q.   And at that point was Roy saying I'm having

14  chest pains?

15     A.   No.

16     Q.   I'm having --

17     A.   He's screaming and yelling at both sides of

18  the street.

19     Q.   I'm --

20     A.   I know, I know.

21     Q.   Did he ever say I'm having trouble

22  breathing?

23     A.   No.  The first thing that he said whenever

24  we got him set down and an ambulance crew -- or the

1  first responder crew showed up, he refused medical

2  treatment.

3      Q.  **Now, when you set him down, how is he**

4  **sitting?**

5      A.  On his butt, the best I can tell you.

6      Q.  **Legs straight out?**

7      A.  No, I think he was kind of in, like, a

8  crisscross Indian.

9      Q.  **Okay.**

10     A.  Is that an okay word to say?

11     Q.  **How long after you set him down does the**

12 **ambulance get there?**

13     A.  Wasn't over a minute.

14     Q.  **And during that time, you're just -- what**

15 **are you doing?**

16     A.  I'm trying to keep all the participants from

17 screaming and yelling and everybody being in the

18 confrontation.

19     Q.  **And once the ambulance gets there, what do**

20 **you do?**

21     A.  Now, are we talking the ambulance or the

22 first responders?

23     Q.  **The first responders -- whoever gets there**

24 **first.**

1    A.    Okay.

2    **Q.    Who shows up first?**

3    A.    The first responder shows up first.

4    **Q.    Who is that?**

5    A.    I don't --

6          MR. McDONALD:  Are we doing I don't know who

7    is on third base?  Who's on first?  I don't know.

8          MR. BEASLEY:  That's funny.  I get it now.

9    (Discussion off the record.)

10          BY MR. BEASLEY:

11    **Q.    Alan Dolderer?**

12          MR. PIERCE:  Alan Minton and David Dolderer.

13    You're confusing two names.

14          BY MR. BEASLEY:

15    **Q.    Alan Minton and David Dolderer?**

16    A.    Well, like I said, I don't know them by

17    name.

18    **Q.    The fire chief?**

19    A.    Yes.

20    **Q.    The assistant fire chief?**

21    A.    Which was within two weeks' time.  I didn't

22    even know them.

23    **Q.    But they show up?**

24    A.    Yeah.

1     Q.   **What do they do?**

2     A.   They're attempting to at least monitor him

3  or administer, and, like I said, he's refusing medical

4  treatment, still screaming across the street.

5     Q.   **What's he saying?**

6     A.   He's still screaming and cussing Richard and

7  Amanda Curry, and he's also involved with his own son

8  now because he says now you're getting me arrested for

9  your actions.

10     Q.   **And Richard Curry is still yelling?**

11     A.   Yeah.

12     Q.   **Amanda --**

13     A.   Everybody's screaming.

14     Q.   **Dolderer -- the first responders, whatever**

15  **their names are, are attempting to render aid to**

16  **Mr. Barnhart?**

17     A.   Yes, sir.

18     Q.   **Where do you go when they're attempting to**

19  **render aid to Mr. Barnhart?**

20     A.   I walked over past the curb's edge and out

21  into the street and give Curry and Amanda another

22  warning about continuing with this.

23     Q.   **What warning?  What do you say?**

24     A.   I don't remember how I exactly said it.

1    Apparently, you have most of my comments better than

2    myself.

3         Q.    **Well, this is a test of your memory --**

4         A.    I know.

5         Q.    **-- not my notes.**

6         A.    I know.  And my memory is not real good

7    anymore over the exact sequence of events.

8         Q.    **So you don't remember what you said?**

9         A.    Verbatim, no.

10        Q.    **The gist of it was what?**

11        A.    I would have told them to stay seated on the

12   bench and shut the hell up.  This is not a formal

13   situation out on scene.

14        Q.    **And so you go back -- do you go back over to**

15   **Mr. Barnhart, Sr., at some point?**

16        A.    Yes, sir.

17        Q.    **And the first responders are tending to**

18   **him?**

19        A.    Yes, sir.

20        Q.    **Do you hit him?**

21        A.    Yes, sir, I slapped him.

22        Q.    **How?**

23        A.    This was a stunning slap, like I said.

24        Q.    **But how do you get to him?**

1    A.   Walked around to the one side to shut him

2  up.  I wanted to shut him up just long enough to

3  control the situation.

4    **Q.   When you did that, did you have to go around**

5  **the first responders?**

6    A.   One of them, yes.

7    **Q.   Do you remember which one?**

8    A.   No, don't know the names.  That's what I

9  keep telling you.

10    **Q.   And did you have to move either one of the**

11  **first responders?**

12    A.   Not that I remember.

13    **Q.   Did you have to go over the top of either**

14  **one of the first responders?**

15    A.   Not that I remember.

16    **Q.   But you're sure it was an open hand, not a**

17  **punch?**

18    A.   Yes, sir.  It was an open hand, stunning

19  technique.

20    **Q.   Well, it's not a -- is it a technique?**

21    A.   (Nodding head.)

22    **Q.   Is it taught in the police academy?**

23    A.   Yes.

24    **Q.   You've been taught in -- at some stage in**

1   your police career to smack a man in handcuffs?  Is

2   that what you're telling me?

3      A.   I didn't say that.

4      Q.   All right.  Let me ask you a different way.

5   Roy Barnhart, Sr., at the point he is handcuffed and

6   sitting Indian style with the first responders is not

7   a threat to you; is that correct?

8      A.   Possibly.

9      Q.   How is he a threat?

10     A.   Because he was aggravating the situation

11  from both sides of the street.  He was a professional

12  instigator.

13     Q.   Was he a threat to you physically?

14     A.   To myself, no.

15     Q.   And have you told the Illinois State Police

16  that at the time that you hit him, he was not a

17  threat?

18     A.   That I don't remember.

19     Q.   If you did, were you lying to the state

20  police?

21     A.   That I -- no.

22     Q.   You wouldn't lie to the state police?

23     A.   No, I'm not lying here.

24     Q.   I'm not suggesting you are.  What I'm saying

1    is if you already said that he wasn't a threat at that

2    point in time to the Illinois State Police, you

3    weren't lying when you said that?

4      A.   No.

5      Q.   All right.  So let's revisit this one more

6    time.  At the point you hit Mr. Barnhart -- whether it

7    was a smack or a punch is irrelevant to me.  At the

8    point you hit him, he was handcuffed?

9      A.   Yes.

10      Q.   And at the point you hit him, he was not a

11   threat to you?

12      A.   To me.

13      Q.   Was he a threat to anybody else?

14      A.   He was aggravating the situation until he

15   could have had all of them down upon all of us.  I was

16   trying to diffuse the situation.

17      Q.   Is it proper police practice in your mind to

18   hit a man in handcuffs?

19      A.   It was not.

20      Q.   The night you did it --

21      A.   I stipulated to that.

22      Q.   The night you did it, was it proper police

23   practice?

24      A.   It's written in watchmadoodles, police

1    procedures and watchmadoodles to give a stunning slap

2    to someone out of control.

3        **Q.   All right.  We're going to have to go back**

4    **to this.  What is watchmadoodles?**

5        A.   Police procedure.

6        **Q.   Who wrote that?**

7        A.   Almost every one in Southern Illinois is the

8    same.

9        **Q.   So you're trained to give a stunning slap to**

10    **a man in handcuffs?**

11        A.   I didn't say that.

12        **Q.   Actually, yeah, that's what you said, but**

13    **we'll go back again.  Have you ever been trained that**

14    **it is proper police procedure to hit a man in**

15    **handcuffs?**

16        A.   No.

17        **Q.   And the night you did it, was it proper**

18    **police procedure?**

19        A.   No.

20        **Q.   And I think we've gone through this before,**

21    **but I'll ask again, did you go -- in response to your**

22    **strike, did Mr. Barnhart go to the ground?**

23        A.   No.

24        **Q.   You didn't knock him over?**

1     A.   No.  The only thing it done is centered his

2  attention and his aggression on me directly instead of

3  the rest of the crowd.

4     **Q.  Well, once you hit him, what happened?**

5     A.   He centered his aggression towards me.

6     **Q.  Well, what did the first responders do?**

7     A.   One jerked me up, thinking that I was mad at

8  the time, and I was not mad, and pulled me over to the

9  side.

10     **Q.  And did Richie Dale do anything?**

11     A.   He got between -- well, actually, he was

12  talking to the rest of the crew over here, trying to

13  diffuse the rest of that situation, Latham and --

14     **Q.  Did he come over after you hit him?**

15     A.   Did he come over where to?

16     **Q.  To where you were after you hit him?**

17     A.   I told him that I was already on the

18  telephone calling Barnfield.

19     **Q.  Were you arguing with the first responder?**

20     A.   Yes.

21     **Q.  What were you saying?**

22     A.   I told him I'd done what I done as a control

23  technique.  I wanted him to center his aggression on

24  me.

1    Q.   And what did he say?

2    A.   I don't remember.

3    Q.   Did he say you can't hit a man in

4    handcuffs?

5    A.   He might have.

6    Q.   You keep calling it a technique, and

7    technique to me indicates you've been trained in that.

8    Have you been trained in that?

9    A.   Open hand techniques, yes.

10    Q.   I'm talking about while handcuffed?

11    A.   I know.  That's where we're having the

12    difficulty at.  No, I have stipulated I've stepped one

13    over -- over the line there.

14    Q.   Chief Barnhart -- Chief Barnfield and --

15    A.   It's hard to keep all these people's

16    names.

17    Q.   That's a hundred percent.

18              Chief Barnfield --

19         MR. BLEYER:  Stipulate.

20         BY MR. BEASLEY:

21    Q.   Chief Barnfield and the Buckner Police

22    Department, had they ever trained you that it's okay

23    to hit somebody while they're handcuffed?

24    A.   No.

1    Q.   When you reported to Barnfield that you hit

2  Mr. Barnhart while handcuffed, what was his

3  reaction?

4    A.   He really didn't have a reaction at the

5  time.  He knew who all the participants was, and I had

6  stipulated right off the bat that I had hit him or

7  slapped him -- I'm not going to say the word "hit"

8  because I didn't use it -- slapped him in a set of

9  handcuffs.  I did admit to it.

10    Q.   I get it.  I'm saying once you told him, was

11  his reaction I understand, that's kind of how it

12  works?

13    A.   No, that was not anywhere close to the

14  comment.

15    Q.   Did he have a comment?

16    A.   He could see how much of a cluster situation

17  I had, and he said, well, we'll deal with it as long

18  as you already told me.

19    Q.   Okay.  Did Richie Dale ever escort you away

20  from the scene?

21    A.   I escorted myself away from the scene after

22  we had enough people and enough first responders to

23  diffuse the situation.  Then myself, I walked halfway

24  down the block.

1    Q.   And once you got halfway down the block,

2  what did you do?

3    A.   Stood there and waited till Alan Barnfield

4  got there.

5    Q.   Did you call Alan Barnfield?

6    A.   I attempted to call Alan Barnfield, but I

7  was bleeding so badly my telephone kept slipping out

8  of my hand.

9    Q.   So who used your phone?

10    A.   I yelled at Richie to -- no, no, one of the

11  first responders called Alan for me.

12    Q.   It was your idea to call Alan Barnfield?

13    A.   Yeah.

14    Q.   Richie Dale said it was his idea?

15    A.   Well, like I said, things get confused.

16    Q.   Your best recollection is that --

17        MR. PIERCE:  Can't they both?

18        BY MR. BEASLEY:

19    Q.   Your best recollection is it was you that

20  wanted to call Barnfield?

21    A.   Well, I wanted him there, yeah, and as I

22  said about the first responders and ambulance, I

23  wanted them there then.

24    Q.   After you hit Roy, Sr. --

1     A.    Slapped.

2        Q.    **You can call it whatever you want.**

3              **Once that happened, what do we -- do**

4     **you have any further interaction with Roy, Sr.**

5     A.    No.

6        Q.    **Did you have any interaction with his**

7     **wife?**

8     A.    Which wife we talking about?

9        Q.    **His current wife.**

10           MR. PIERCE:  The fifth or sixth one?

11           BY MR. BEASLEY:

12       Q.    **Yeah.**

13    A.    Yeah, she came screaming at me that I had

14    tased him.  I said I don't even have a Taser on me

15    lady.  I said Richie had to tase him, but it was

16    unavoidable.

17       Q.    **Did you call her a bitch?**

18    A.    I might have.

19       Q.    **Did you cuss at her?**

20    A.    No.  I say I might have.  I don't remember

21    every word that was said on scene.

22       Q.    **If you did, would that have been in front of**

23    **Alan Barnfield?**

24    A.    The chief?

1    Q.    Yeah.

2    A.    No.

3    Q.    Who was around when she came up to you and

4    you had a conversation with her?

5    A.    As far as I can remember, it was just

6    Richie, and the first responders was taking care of

7    him.

8    Q.    Barnfield wasn't there yet?

9    A.    I don't believe.

10    Q.    Okay.

11    A.    But I really don't say that I said that she

12    was a bitch either, but --

13    Q.    I'm sorry.

14    A.    -- I'm saying that it could have been

15    possible.

16    Q.    Yeah, you're not saying you remember it;

17    you're saying it's possible --

18    A.    Right.

19    Q.    -- right?

20    A.    Right.

21    (Discussion off the record.)

22         BY MR. BEASLEY:

23    Q.    Now, once McKinney was handcuffed --

24         MR. PIERCE:  Barnhart?

1          BY MR. BEASLEY:

2      **Q.   I'm sorry.   I'm reading your name.**

3      A.   I know.

4      **Q.   When Barnhart is handcuffed, were you in his**

5 **face yelling?**

6      A.   Might have been.

7      **Q.   Taunting him?**

8      A.   Don't know what the word "taunt" means.

9      **Q.   Were you telling him things like -- well,**

10 **strike that.  It's not important, not important.**

11          **Smillie says -- Officer Smillie says**

12 **you were nose to nose yelling with Barnhart while he**

13 **was cuffed.  Do you have any reason to dispute that?**

14      A.   No, not if Officer Smillie says that.

15      **Q.   Officer Smillie is somebody you consider to**

16 **be reliable?**

17      A.   I don't know him that well.  So if he said

18 it in a report, I'll stipulate to that.

19 (Discussion off the record.)

20          MR. BEASLEY:  Okay.  That's all the

21 questions I have.

22          MR. BLEYER:  I have nothing.

23          MR. PIERCE:  Done.  We'll waive.

24      (The deposition concluded; signature waived.)

1           C E R T I F I C A T E

2

3        I, Erin M. Bruce, RPR, C.S.R. No. 084-004263,

4    and Notary Public duly commissioned and qualified in

5    and for the County of Madison, State of Illinois, DO

6    HEREBY CERTIFY that, pursuant to agreement of counsel,

7    WILLIAM P. MCKINNEY, came before me on February 12,

8    2015, at Bleyer & Bleyer, 601 W. Jackson Street,

9    Marion, Illinois.  I CERTIFY that he was first duly

10   sworn to testify to the truth and that he was

11   thereupon carefully examined under oath and his

12   examination was immediately reduced to shorthand by

13   means of stenotype by me; that the deposition is a

14   true record of testimony given by the witness; that

15   the reading and signing of the deposition by the said

16   witness were expressly waived; and that the necessity

17   of calling the court reporter at time of trial for the

18   purpose of authenticating said transcript was waived.

19

20        IN WITNESS WHEREOF, I have hereunto set my

21   hand and affixed my Notarial Seal February 25, 2015.

22

                           _____

23                          Erin M. Bruce, RPR,

                               CSR, Notary Public

24