IN THE UNTED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUSAN BARNHART, as Administrator of the Estate of Roy D. Barnhart, Sr., Deceased, | )<br>)<br>)<br>) |
| vs. | ) NO.: 13-CV-00772-SMY-DGW<br>) |
| THE VILLAGE OF BUCKNER, ILLINOIS, and PATROLMAN WILLIAM MCKINNEY, Individually and in his Official Capacity as an Officer for the Buckner Police Department, and THE CITY OF CHRISTOPHER, ILLINOIS, and OFFICER RICHIE DALE, Individually and in his Official Capacity as an Officer for the Christopher Police Department. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S REQUESTS FOR ADMISSIONS DIRECTED TO ALL DEFENDANTS

COMES NOW Plaintiff, Susan Barnhart, as Administrator of the Estate of Roy D. Barnhart, Sr., Deceased, by and through her attorney, Jarrod P. Beasley of The Kuehn Law Firm, and requests that the Defendants, individually, respond to the following requests pursuant to Federal Court Rule 36:

**WARNING: If you fail to serve the response required by Rule 36 within 30 days after you are served with this paper, all the facts set forth in the requests will be deemed true and all the documents described in the requests will be deemed genuine.**

### REQUESTS TO ADMIT MEDICAL RECORDS

1. Exhibit A is a true and correct copy of Roy Barnhart, Sr's medical records from Abbott Ambulance for treatment received on July 7, 2013.

2. Exhibit B is a true and correct copy of Roy Barnhart, Sr's bill from Abbott Ambulance for treatment received on July 7, 2013.

3. That the charges contained in Exhibit B in the amount of $2,133.97 are fair and reasonable charges for the services performed.

4. That the charges contained in Exhibit B in the amount of $2,133.97 represent charges for services which were reasonable and necessary treatment for conditions occurring as a result of the occurrence which is the subject of the instant suit.

5. That exhibits A and B were made close in time with the treatment or service rendered and were made in the ordinary and regular course of business.

6. Exhibit C is a true and correct copy of Roy Barnhart, Sr's medical records from Herrin Hospital for treatment received on July 7, 2013.

7. Exhibit D is a true and correct copy of Roy Barnhart, Sr's bill from Herrin Hospital for treatment received on July 7, 2013.

8. That the charges contained in Exhibit D in the amount of $6,091.20 are fair and reasonable charges for the services performed.

9. That the charges contained in Exhibit D in the amount of $6,091.20 represent charges for services which were reasonable and necessary treatment for conditions occurring as a result of the occurrence which is the subject of the instant suit.

10. That exhibits C and D were made close in time with the treatment or service rendered and were made in the ordinary and regular course of business.

11. Exhibit E is a true and correct copy of Roy Barnhart, Sr's medical records from Air Evac Lifeteam for treatment received on July 8, 2013.

12. Exhibit F is a true and correct copy of Roy Barnhart, Sr's bill from Air Evac Lifeteam for treatment received on July 8, 2013.

13. That the charges contained in Exhibit F in the amount of $33,649.49 are fair and reasonable charges for the services performed.

14. That the charges contained in Exhibit F in the amount of $33,649.49 represent charges for services which were reasonable and necessary treatment for conditions occurring as a result of the occurrence which is the subject of the instant suit.

15. That exhibits E and F were made close in time with the treatment or service rendered and were made in the ordinary and regular course of business.

16. Exhibit G is a true and correct copy of Roy Barnhart, Sr's medical records from St. Louis University Hospital for treatment received from July 8, 2013 to July 11, 2013.

17. Exhibit H is a true and correct copy of Roy Barnhart, Sr's bill from St. Louis University Hospital for treatment received from July 8, 2013 to July 11, 2013.

18. That the charges contained in Exhibit H in the amount of $123,046.51 are fair and reasonable charges for the services performed.

19. That the charges contained in Exhibit H in the amount of $123,046.51 represent charges for services which were reasonable and necessary treatment for conditions occurring as a result of the occurrence which is the subject of the instant suit.

20. That exhibits G and H were made close in time with the treatment or service rendered and were made in the ordinary and regular course of business.

21. Exhibit I is a true and correct copy of Roy Barnhart, Sr's bill from SLUCare for doctor's bills for treatment received from July 8, 2013 to July 11, 2013.

22. That the charges contained in Exhibit I in the amount of $8,205.00 are fair and reasonable charges for the services performed.

23. That the charges contained in Exhibit I in the amount of $8,205.00 represent charges for services which were reasonable and necessary treatment for conditions occurring as a result of the occurrence which is the subject of the instant suit.

24. That exhibit I was made close in time with the treatment or service rendered and were made in the ordinary and regular course of business.

25. Exhibit J is a true and correct copy of Roy Barnhart, Sr's medical records from SLU Anesthesia for treatment received on July 8, 2013.

26. Exhibit K is a true and correct copy of Roy Barnhart, Sr's bill from SLU Anesthesia for treatment received on July 8, 2013.

27. That the charges contained in Exhibit K in the amount of $6,000.00 are fair and reasonable charges for the services performed.

28. That the charges contained in Exhibit K in the amount of $6,000.00 represent charges for services which were reasonable and necessary treatment for conditions occurring as a result of the occurrence which is the subject of the instant suit.

29. That exhibits J and K were made close in time with the treatment or service rendered and were made in the ordinary and regular course of business.

30. Exhibit L is a true and correct copy of Roy Barnhart, Sr's bill from Southern Illinois Medical Services for emergency room use for treatment received on July 7, 2013.

31. That the charges contained in Exhibit L in the amount of $300.00 are fair and reasonable charges for the services performed.

32. That the charges contained in Exhibit L in the amount of $300.00 represent charges for services which were reasonable and necessary treatment for conditions occurring as a result of the occurrence which is the subject of the instant suit.

33. That exhibit L was made close in time with the treatment or service rendered and were made in the ordinary and regular course of business.

34. Exhibit M is a true and correct copy of Roy Barnhart, Sr's bill from Cape Radiology Group for treatment received from July 7, 2013 to July 8, 2013.

35. That the charges contained in Exhibit M in the amount of $216.00 are fair and reasonable charges for the services performed.

36. That the charges contained in Exhibit M in the amount of $216.00 represent charges for services which were reasonable and necessary treatment for conditions occurring as a result of the occurrence which is the subject of the instant suit.

37. That exhibit M was made close in time with the treatment or service rendered and were made in the ordinary and regular course of business.

Respectfully Submitted,

/s Jarrod P. Beasley
Jarrod P. Beasley #6274536
Attorney for Plaintiff
The Kuehn Law Firm
23 Public Square, Suite 450
Belleville, IL 62220
Phone: 618.277.7260
Fax: 618.277.7718
jarrodbeasley@kuehnlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2015, I electronically filed the **PLAINTIFF'S REQUESTS FOR ADMISSION DIRECTED TO ALL DEFENDANTS – PART B** with the Clerk if the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ Jarrod P. Beasley
The Kuehn Law Firm
23 Public Square, Suite 450
Belleville, IL 62220
Phone: 618.277.7260
FAX: 618.277.7718
jpbeasley@kuehnlawfirm.com