Village of Buckner

200-202 East Main Street  P.O. Box 166

Buckner, Illinois  62819

Mayor John Coder    (618)724-7501

In this narrative, the "victim" is Roy Barnhardt Sr.

Buckner Fire Department was toned for a male victim that had been "tazed" in an incident at 205 East Main Street in Buckner Illinois. The call was "expedited" upon knowledge of male victim having a pacemaker recently put in.

Upon arrival, victim was handcuffed and face down on the ground, and screaming in pain, that "his chest was severly hurting." As the only Buckner Fire Department First Responder on this scene, patient assessment was of the utmost importance. The "tazer-needles" were still in victims right lower shoulder region and in victims left lower hip region. The needles were removed by myself. I needed the victim to not be in the face down position, to be able to assess his condition easier. I asked Officer McKinney for assistance in having the victim sit up. Officer McKinney did assist , but he was very rough with victim, in changing his position. The victim did not want any vitals taken and was basically refusing treatment. After 2 to 3 minutes of coaxing, I had gotten the victim convinced to be checked out. At the same time, the victim and Officer McKinney were exchanging words with one another. I do not recall what was being said between the two of them, as I was getting equipment out of medical bag, and preparing to do an assessment on the victim. I was facing victim and my back was towards Officer McKinney. As I was about to start, Officer Mckinney came from behind and over the top of me and struck the victim in the head with a closed fist. I did not see an open or closed hand hand. I am going by the sound that it made upon impact. It was not a "smacking" sound that would be with an open hand. My Assistant Chief Alan Minton was the first to grab Officer McKinney, and move him back. I also jumped up and was pushing back Officer Mckinney. While he was being pushed back the victim and Officer McKinney were still exchanging words. I told Officer McKinney " that's enough" and told my Assistant Chief Alan Minton, to "get him away from here." I then proceeded back to the victim, and once again had to verbally calm him down, to be able to perform my assessment on him. After another couple minutes of coaxing I was finally able to perform vital checks on the victim. I listened to his heart, took


PLAINTIFF'S EXHIBIT A

pulse, and blood pressure. At that time paramedics arrived, and they took over the medical aspect of the scene. After paramedics assessment, the lead paramedic asked Officer Mckinney, if the patient could be transported to a local medical treatment center, because his pulse and blood pressure were way too high. Officer McKinney agreed . I assisted in loading the victim in the ambulance for further assessment and transport.

David L. Dolderer

Fire Chief/ First Responder

Buckner Volunteer Fire Department