IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
FRANKLIN COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS )
)
vs. ) CASE NO. 13-CF-214
)
WILLIAM P. McKINNEY, )
           Defendant. )

FILED
NOV 0 6 2014
Nancy Wobbe
FRANKLIN COUNTY
CIRCUIT CLERK

## JUDGMENT - IMPRISONMENT PURSUANT TO 730 ILCS 5/5-7-1

WHEREAS the above-named defendant has been adjudged guilty and is hereby convicted of the offense enumerated below.

**IT IS THEREFORE ORDERED** that the defendant be and hereby is sentenced to confinement for the term of specified for each offense.

| COUNT | OFFENSE | DATE OF OFFENSE | STATUTORY CITATION | CLASS | SENTENCE |
|---|---|---|---|---|---|
| II | OFFICIAL MISCONDUCT | July 7, 2013 | 720 ILCS 5/33-3(a) | 3 felony | 80 days incarceration and 18 months periodic imprisonment pursuant to 730 ILCS 5/5-7-1 |

**IT IS FURTHER ORDERED** that the sentence BE SERVED AS FOLLOWS:

-80 DAYS incarceration in the Franklin County Jail with credit for time served;

-18 MONTHS periodic imprisonment commencing January 3, 2015 to be served as follows:

    -From January 3, 2015 through January 13, 2015 the defendant shall be confined to the Franklin County Jail or other facility pursuant to 730 ILCS 5/5-7-3 at the direction of the Administrator of this sentence;

    -From January 13, 2015 through July 3, 2015, the defendant shall be confined by the Administrator of this sentence away from the community, during this period the defendant may be released from the physical custody of the Administrator for work, continue to reside at home with or without supervision involving the use of an electronic monitoring device, to obtain medical or psychological treatment, all at the discretion of the Administrator of this sentence; The defendant shall serve at least 48 consecutive hours in custody each week during this period at the of the Franklin County Jail or other facility pursuant to 730 ILCS 5/5-7-3 as authorized by the Administrator and the defendant shall not be permitted to be away from his places of confinement without the express consent of the Administrator;

    -From July 3, 2015 through January 3, 2016, the defendant shall be confined by the Administrator of this sentence away from the community, during this period the defendant may be released from the physical custody of the Administrator for work, continue to reside at home with or without supervision involving the use of an electronic monitoring device, to obtain medical or psychological treatment, all at the discretion of the Administrator; The defendant shall serve at least two periods of 48 consecutive hours in custody each month during this period at the of the Franklin County Jail or other facility pursuant to 730 ILCS 5/5-7-3 as authorized by the Administrator and the defendant shall not be permitted to be away from his places of confinement without the express consent of the Administrator;

PLAINTIFF'S EXHIBIT E

-From January 3, 2016 through July 3, 2016, the defendant shall be confined by the Administrator of this sentence away from the community, during this period the defendant may be released from the physical custody of the Administrator for work, continue to reside at home with or without supervision involving the use of an electronic monitoring device, to obtain medical or psychological treatment, all at the discretion of the Administrator of this sentence; The defendant shall serve at least one period of 48 consecutive hours in custody each month during this period at the of the Franklin County Jail other facility pursuant to 730 ILCS 5/5-7-3 as authorized by the Administrator and the defendant shall not be permitted to be away from his places of confinement without the express consent of the Administrator;

**IT IS FURTHER ORDERED** that the defendant shall receive no good time credit during his sentence of imprisonment.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver a certified copy of this order to the Sheriff.

**IT IS FURTHER ORDERED** that the Sheriff of Franklin County is appointed as Administrator of this sentence and the defendant shall report to the Franklin County Sheriff at 8:00 a.m. on January 3, 2015 to begin serving his sentence of imprisonment pursuant to 730 ILCS 5/5-7-1 at which time the Sheriff shall take the defendant into custody and shall confine said defendant as stated herein until expiration of his sentence or until he is otherwise released by operation of law.

**IT IS FURTHER ORDERED** that the defendant shall pay a fine of $1,000.00 plus the costs of this proceeding; contribute $1,000.00 to the Franklin County Drug Program, a local anti crime program; pay all costs of his incarceration at a rate of $12.50/day for each day that he is in the physical custody of the Sheriff at the Franklin County Jail or other facility during his sentence of periodic imprisonment; pay $250.00 DNA/Genetic Marker Group Testing; pay any medical costs incurred by the defendant during any period of incarceration; All monies shall be paid through the Circuit Clerk. The defendant shall also pay any costs incurred by the Administrator if electronic monitoring of the defendant is used in the execution of this sentence.

**IT IS FURTHER ORDERED** that the defendant shall turn over all or a portion of his wages during his sentence of periodic imprisonment to the Clerk to pay for the room and board of the offender or for necessary travel or incidental expenses incurred by the Administrator of the offender's sentence pursuant to 730 ILCS 5/5-7-6, which may include the costs of electronic monitoring.

**IT IS FURTHER ORDERED** that the defendant shall submit a sample of his genetic material to the Administrator or the probation department as a convicted felon for entry of his profile into the data bank of known felons pursuant to supplemental order to be entered in this cause.

This order of periodic imprisonment may be revoked or modified pursuant to 730 ILCS 5/5-7-2 and if revoked, the court may impose any other sentence that was available at the time of initial sentencing.

DATED _November 6, 2014_

ENTERED: _____
JUDGE JERRY CRISEL