IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SUSAN BARNHART, as Administrator )
of the Estate of Roy D. Barnhart, )
Deceased, )
)
    Plaintiff, )
)
v. ) Case No. 13-772-SMY-DGW
)
THE VILLAGE OF BUCKNER, )
ILLINOIS; PATROLMAN WILLIAM )
McKINNEY, Individually and in his )
Official Capacity as an Officer for the )
Buckner Police Department, THE CITY OF )
CHRISTOPHER, ILLINOIS; and )
OFFICER RICHARD DALE, Individually )
And in his Official Capacity as an Officer )
For the Village of Christopher Police )
Department, )
)
    Defendants. )

## PLAINTIFF'S SUPPLEMENTAL ANSWERS TO DEFENDANT WILLIAM MCKINNEY'S FIRST SET OF INTERROGATORIES

COMES NOW, Plaintiff, Susan Barnhart, as Administrator of the Estate of Roy D. Barnhart, Sr., Deceased, by and through her attorney Jarrod P. Beasley of Kuehn, Beasley & Young, P.C., and for her supplemental answers to Defendant William McKinney's First Set of Interrogatories, states as follows:

10.   With regard to **decedent's** injuries, state:

a)   The name and address of each attending physician and/or health care professional;

b)   The name and address of each consulting physician and/or other health care professional;

c)   The name and address of each person and/or laboratory taking any X-ray, MRI and/or other radiological tests of plaintiff/decedent;



d) The date or inclusive dates on which each of them rendered plaintiff/decedent service;

e) The amounts to date of their respective bills for services; and

f) From which of them you have written reports.

ANSWER:

Defendants have such information from the hospital records previously provided. Dr. Jeroen Coppens, St. Louis University Department of Neurosurgery, 3635 Vista Avenue, St. Louis, MO, performed the craniotomy at SLU Hospital on 7/8/2013. The remainder of the treating physicians have been provided and should be in the possession of defense counsel through the medical records provided. Plaintiff has no written reports from the treating physicians other than the records provided.

21. Have you (or has anyone acting on your behalf) had any conversations with any person at any time with regard to the manner in which the occurrence complained of occurred, or have you overheard any statements made by any person at any time with regard to the injuries complained of by decedent or to the manner in which the occurrence complained of occurred? If the answer to this interrogatory is in the affirmative, state the following:

a) The date or dates of such conversations and/or statements;

b) The place of such conversations and/or statements;

c) All persons present for the conversations and/or statements;

d) The matters and things stated by the person in the conversations and/or statements;

e) Whether the conversation was oral, written and/or recorded; and

f) Who has possession of the statement if written and/or recorded.

ANSWER:

Plaintiff has had various conversations with witnesses listed above immediately following the incident. Plaintiff does not recall the specifics of any particular conversation other than that they told her Decedent was maced, tazed, kicked and punched. Additionally, plaintiff's counsel had a conversation with Dr. Coppens on May 7, 2015 on the telephone. Dr. Coppens described the course of treatment, including the craniotomy, and the potential causes of the subdural hematoma. The conversation was not recorded.

25. Provide the name and address of each controlled expert witness and independent expert witness who will offer any testimony in this case and state:

a) The subject matter on which the opinion witness is expected to testify;

b) The conclusions and/or opinions of the opinion witness and the basis therefor, including reports of the witness, if any;

c) The qualifications of each opinion witness, including a curriculum vitae and/or resume, if any; and

d) The identity of any written reports of the opinion witness regarding this occurrence.

**ANSWER:**

Dr. Coppens is an independent expert who treated Mr. Barnhart. Dr. Coppens is expected to testify regarding his treatment of plaintiff's decedent and the necessity and reasonableness of the treatment. Dr. Coppens will further testify consistent with his medical records and that the subdural hematoma was caused by trauma. Dr. Coppens CV is attached and is available on St. Louis University Hospital website for download.

Respectfully Submitted,

*/s/ Jarrod P. Beasley*

Jarrod P. Beasley #6274536
Attorney for Plaintiff
Kuehn, Beasley & Young, P.C.
23 Public Square, Suite 450
Belleville, IL 62220
Phone: 618.277.7260
Fax: 618.277.7718
jarrodbeasley@kuehnlawfirm.com

**CERTIFICATE OF SERVICE**

I, the undersigned, on the ___7th___ day of ___May___, 2015, deposited a copy of this document, postage prepaid, in the United States Mail, addressed to:

Mr. Charles A. Pierce
Pierce Law Firm, P.C.

#3 Executive Woods Court, Suite 200
Belleville, IL 62226
*Attorney for Defendant McKinney*

Mr. Jerome E. McDonald
Black, Hedin, Ballard, McDonald, P.C.
108 South 9th Street
P.O. Box 4007
Mt. Vernon, IL 62864
*Attorney for the City of Christopher, Illinois and Officer Richie Dale*

Mr. Joe Bleyer
Bleyer & Bleyer
601 West Jackson Street
P.O. Box 487
Marion, IL 62959-0487
*Attorney for the Village of Buckner, Illinois*

                                 Mandy M. Stees – O'Loughlin
                                 Paralegal
                                 Kuehn, Beasley & Young, P.C.

IN THE UNTED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

SUSAN BARNHART, as Administrator )
of the Estate of Roy D. Barnhart, Sr., )
Deceased, )
)
vs. ) NO.: 13-CV-00772-SMY-DGW
)
THE VILLAGE OF BUCKNER, ILLINOIS, )
and PATROLMAN WILLIAM )
MCKINNEY, Individually and in his )
Official Capacity as an Officer for the )
Buckner Police Department, and THE )
CITY OF CHRISTOPHER, ILLINOIS, and )
OFFICER RICHIE DALE, Individually and )
in his Official Capacity as an Officer for the )
Christopher Police Department. )

**PLAINTIFF'S SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26**

COMES NOW, Plaintiff, by and through her attorney, Jarrod P. Beasley of Kuehn, Beasley & Young, P.C., and for her Supplemental Rule 26 disclosures states as follows:

A. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of information.

ANSWER:

Dr. Jeroen Coppens, St. Louis University Department of Neurosurgery, 3635 Vista Avenue, St. Louis, MO, performed the craniotomy at SLU Hospital on 7/8/2013. Dr. Coppens is an independent expert who treated Mr. Barnhart. Dr.

Coppens is expected to testify regarding his treatment of plaintiff's decedent and the necessity and reasonableness of the treatment. Dr. Coppens will further testify consistent with his medical records and that the subdural hematoma was caused by trauma.

The remainder of the treating physicians have been provided and should be in the possession of defense counsel through the medical records provided. Plaintiff may call witnesses from any hospital or medical provider to testify regarding the reasonableness of the bills or to lay foundation for records.

Respectfully Submitted,

Jarrod P. Beasley #6274536
Attorney for Plaintiff
Kuehn, Beasley & Young, P.C.
23 Public Square, Suite 450
Belleville, IL 62220
Telephone: (618) 277-7260
FAX: (618) 277-7718

## CERTIFICATE OF SERVICE

I, the undersigned, on the 7th day of May, 2015, deposited a copy of this document, postage prepaid, in the United States Mail, addressed to:

Mr. Charles A. Pierce
Pierce Law Firm, P.C.
#3 Executive Woods Court, Suite 200
Belleville, IL 62226
*Attorney for Defendant McKinney*

Mr. Jerome E. McDonald
Black, Hedin, Ballard, McDonald, P.C.
108 South 9th Street
P.O. Box 4007
Mt. Vernon, IL 62864
*Attorney for the City of Christopher, Illinois and Officer Richie Dale*

Mr. Joe Bleyer
Bleyer & Bleyer
601 West Jackson Street
P.O. Box 487
Marion, IL 62959-0487
*Attorney for the Village of Buckner, Illinois*

Mandy M. Stees – O'Loughlin
Paralegal
Kuehn, Beasley & Young, P.C.

Revised 6/15/11

## Curriculum Vitae

Jeroen Raymond Coppens, M.D.

**Education:**

Lycée Français de New York, New York, USA

French Baccalauréat, Section C, Mention Bien
US High School Diploma   (June 1993)

*Undergraduate degree and major, university and date*

Undergraduate is combined with graduate in Belgium.

*Graduate degree and major, university and date*

Université Catholique de Louvain, Brussels, Belgium.

Attended September 1993-June 2000
M.D. obtained on June 24, 2000, with summa cum laude.

*Postgraduate training:*

*Internship*

| | |
|---|---|
| 7/2001-6/2002 | Saint Louis University, Saint Louis, USA<br>Internship in General Surgery |

*Residency*

| | |
|---|---|
| 7/2002-6/2007 | Saint Louis University, Saint Louis, USA<br>Residency in Neurological Surgery |

*Postdoctoral Research*

| | |
|---|---|
| 7/2007-6/2008 | University of Utah, Salt Lake City, USA<br>Fellowship in skull base neurosurgery<br>with William T. Couldwell, M.D., Ph.D. |
| 7/2008-7/2009 | Saint Louis University, Saint Louis, USA<br>Fellowship in vascular neurosurgery with<br>Saleem I. Abdulrauf, MD<br>Clinical Instructor, neurosurgery |

***Board certification and Licensure: (need dates., etc.)***

| | |
|---|---|
| 2007 | Board eligible (passed written exam) |
| 2007 | Utah medical license |
| 2008 | Missouri medical license |
| 2001 | ECFMG certificate, valid indefinitely |

**Current position and address:**

Assistant Professor, 2009-pres
Saint Louis University
Department of Surgery
Center for Cerebrovascular and Skull Base Surgery
Section Chief, Neurosurgery, John Cochran VA Medical Center
3635 Vista Avenue
P.O. Box 15250
St. Louis, MO 63110-0250
TEL (314) 577-8846
FAX (314) 577-8720
e-mail coppensj@slu.edu

**Professional Society Memberships:**

| | |
|---|---|
| 2000 | AANS/CNS Section on Tumors, Resident Member |
| 2001 | Congress of Neurological Surgeons<br>American Association of Neurological Surgeons |
| 2009-2010 | CNS International Division Committee member |

**Professional Services:**

1. **Committee memberships: (include hospital, university, department, professional society, educational and research review, i.e., study section, committees)**

    1. Consultant, Duraplasty Key Opinion Leader Roundtable, Integra Life Sciences Corporation, Nov 7, 2008, Dallas, USA

**Bibliography:**

1. **Papers published, in press, or accepted for publication in peer-reviewed journals; all authors, full title, journal (vol., pages), and year should be referenced.**

    1. Niazi TN, Coppens JR, Liu JK, Couldwell WT. Medpor implant in skull base reconstruction: institutional experience and review of the literature. [Accepted for publication, J Maxillofac Surgery (JOMS)].

    2. Coppens JR, Harnsberger HR, Finn MA, Sharma P, Couldwell WT. Oronasopharyngeal chordomas. Acta Neurochir 2009;151(8):909.

    3. McCall T, Coppens JR, Couldwell WT, Dailey AT. Symptomatic occipitocervical paracondylar process. [Submitted for publication, J Neurosurg 2010;12:9-12.

    4. Coppens JR, Couldwell WT. Staged use of the transsphenoidal approach to resect superior third ventricular craniopharyngiomas. [Accepted for publication, Minim Invasive Neurosurg 2010;53:40-43.

    5. Coppens JR, Cantando JD, Abdulrauf SI. Minimally invasive STA to MCA bypass through an enlarged burr hole: the use of CT angiography neuronavigation in surgical planning. J Neurosurg 2008;109:553-558.

    6. Coppens JR, Sherrill JE. Presumed rupture of a conus medullaris dermoid cyst with cervical intramedullary fat and lipomatous infiltration of the cauda equina. Case Illustration. J Neurosurg Spine 2006;5:178

    7. Coppens JR, Mahaney KB, Abdulrauf SI. An anteromedial approach to the temporal horn to avoid injury to the optic radiation fibers and uncinate fasciculus: anatomical and technical note. Neurosurg Focus 2005;18 (6b):E3

    8. Dhem A, Nyssen-Behets C, Coppens J. Postmenopausal osteoporosis: microradiographic aspects. New Trends in Microanatomy of Reproduction. Ital J Anat Embryol 1998;103(4 Suppl 1):341-352

2. **Book chapters, monographs, review articles, case reports**

    1. Couldwell WT, Coppens JR. The surgical treatment of prolactinomas. In: Schwartz TH, Anand VK. *Practical Endoscopic Pituitary Surgery*. San Diego, CA: Plural Publishing; 2009.

2. Weiss MH, Couldwell WT, Coppens JR, Zada G. The surgical treatment of nonfunctioning pituitary adenomas. In: Schwartz TH, Anand VK, *Practical Endoscopic Pituitary Surgery*. San Diego, CA: Plural Publishing; 2009.

3. Couldwell WT, Coppens JR. Olfactory groove meningiomas. In: Pamir NM, Black PM, Fahlbusch R, *Meningiomas: A Comprehensive Text*. Philadelphia: Elsevier Health Sciences, December 2009.

4. Couldwell WT, Coppens JR. Clival and petroclival meningiomas. In: Al-Mefty, *Meningiomas*. [submitted] : *A Comprehensive Text*. Philadelphia: Elsevier Health Sciences, December 2009.

5. Couldwell WT, Coppens JR, Samaya C. In: Berta SC, Levy ML, *Neurosurgery: Tricks of the Trade*. Neurosurgery Tricks of the Trade. New York, Thieme Medical Publishers, 2009 (in press).

6. Couldwell WT, Coppens JR. Advantages and Limitation of Cranial Endoscopy. Youmans Neurological Surgery. Philadelphia: Elsevier Health Sciences, 2009 (in press).

**Supplemental Material:**

1. **Presentations (national and international meetings), seminars**

    1. Coppens JR, Harnsberger HR, Finn MA, Sharma P, Couldwell WT: Oronasopharyngeal chordoma. Presented on February 3, 2008, at the 34th Lende Winter Neurosurgery Conference, Snowbird, UT.

    2. Abdulrauf SI, Teufack S, Coppens JR, Olivera R, Oliver D. High-Flow extracranial to intracranial (HF EC-IC) bypass for giant transitional cavernous-clinoidal internal carotid artery (ICA) aneurysms: assessment of surgical and long-term functional outcomes. Oral presentation at the 2007 American Academy of neurological surgery meeting, March 2008.

    3. Coppens JR, Abdulrauf SI. Posterior zygomatic subtemporal transtentorial approach to the postero-lateral mesencephalon and superior cerebellum: illustrative cases and technical note. Presented on February 19, 2006, at the Sugita World Educational Video Symposium, North American Skull Base Society Meeting, Phoenix, AZ.

    4. Coppens JR, Abdulrauf SI. Use of dural substitutes in cerebrovascular and skull base surgery: review of a large series. Oral presentation on June 21, 2005, at the 13th World Congress of Neurological Surgery, Marrakesh, Morocco.

5. Coppens J, Boscherini D, Raftopoulos C, Duprez T, Godfraind C, D P, Ghariani S, Sébire G. Infantile intracranial meningioma associated to cortical dysplasia: case report and review. Poster presented at the Belgian Neurosurgical Society on March 18, 2000, in Brussels, Belgium.

**Invited Lectures**

1. Endoscopic approaches to the skull base, Neuroscience Conference, April 15, 2009, St. John's Mercy Hospital, Saint Louis, Missouri.

2. Intracranial meningiomas. Neuroscience Brain Trust Symposium, March 28, 2010, Branson, Missouri.

**Assistant Faculty at National & International Meetings**

1. CNS 3D live cadaveric demonstrations on September 18, 2007, CNS annual meeting in San Diego, USA.

2. AANS practical course on April 26-27, 2008, at the AANS annual meeting in Chicago, USA.

3. The 2nd World Congress of cerebral revascularization, January 2009 in Saint Louis, USA.

4. 4th CNS senior resident course, August 13-16. 2009 in Saint Louis, USA.

5. 5th CNS senior resident course, August 12-15, 2010 in Saint Louis, USA.

6. The 4th World Congress of Cerebral Revascularization, February 3-6, 2011 in Saint Louis, USA.

7. 3D Live Cadaveric Dissection Workshop at the Joint Meeting of 59th Annual Conference of the Neurological Society of India & Congress of Neurological Surgeons, December 15, 2010, Jaipur, India.