IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SUSAN BARNHART, as Administrator of the Estate of Roy D. Barnhart, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 13-772-SMY-DGW |
| THE VILLAGE OF BUCKNER, ILLINOIS; PATROLMAN WILLIAM McKINNEY, Individually and in his Official Capacity as an Officer for the Buckner Police Department, THE CITY OF CHRISTOPHER, ILLINOIS; and OFFICER RICHARD DALE, Individually And in his Official Capacity as an Officer For the Village of Christopher Police Department, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff, Susan Barnhart, as Administrator of the Estate of Roy D. Barnhart, Deceased, and the defendants, Village of Buckner, Illinois, William McKinney, City of Christopher, Illinois, and Officer Richard Dale, to the above-captioned suit, by and through their undersigned attorneys, that upon presentation of this Stipulation to the then presiding Judge of the United States District Court for the Southern District of Illinois, the following Order may, and shall be entered in said suit dismissing said Complaint originally filed by Susan Barnhart, as Administrator of the Estate of Roy D. Barnhart, Deceased, with prejudice and with prejudice to the claims, demands and choses in action sued upon therein against said defendants. Each party to bear its own costs.

| | |
|---|---|
| /s/JARROD P. BEASLEY (By consent)<br>KUEHN, BEASLEY & YOUNG, P.C.<br>23 Public Square, Suite 450<br>Belleville, IL  62220<br>(618) 277-7260<br><br>ATTORNEY FOR PLAINTIFF | /s/CHARLES A. PIERCE<br>PIERCE LAW FIRM, P.C.<br>#3 Executive Woods Court, Ste 200<br>Belleville, IL  62226<br>(618) 277-5599<br><br>ATTORNEY FOR DEFENDANT,<br>William McKinney |
| /s/JEROME E. McDONALD<br>BLACK, HEDIN, BALLARD,<br>  McDONALD, P.C.<br>108 S. 9th Street, P. O. Box 4007<br>Marion, IL  62959<br>(618) 242-3310<br><br>ATTORNEY FOR DEFENDANTS,<br>City of Christopher and Richard Dale | /s/JOSEPH A. BLEYER<br>BLEYER and BLEYER<br>601 West Jackson Street<br>P. O. Box 487<br>Marion, IL  62959<br>(618) 997-1331<br><br>ATTORNEY FOR DEFENDANT,<br>Village of Buckner, Illinois |