IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUSAN BARNHART, *as Administrator of the Estate of Roy D. Barnhart, Sr., deceased*,<br><br>    Plaintiff,<br><br>    vs.<br><br>VILLAGE OF BUCKNER, ILLINOIS, PATROLMAN WILLIAM MCKINNEY, CITY OF CHRISTOPHER, ILLINOIS and RICHIE DALE,<br><br>    Defendants. | Case No. 13-cv-772-SMY-DGW |

## JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the Order entered on June 22, 2015, Plaintiff's claims against Defendants are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is DIRECTED to close this case.


**DATED:**  June 22, 2015

                                                 **JUSTINE FLANAGAN, Acting Clerk of Court**

                                                 **By: s/ Kailyn Kramer, Deputy Clerk**


**Approved:**    **s/ Staci M. Yandle,**
                      **STACI M. YANDLE**
                      **DISTRICT JUDGE**